FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 18 2009
JAMES W. McCORMACK, CLERK
By: [signature]
DEP CLERK

This case assigned to District Judge Wright
and to Magistrate Judge Volpe

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

2·09-CV-0116 SWW

CASE NO. CV-2009-___

Kirk Brann, Kyle Brann, Roy Brann, Dustin Brann, Brann Brothers Partnership; A.L. Harris Jr.; Aaron Traylor; Adam Chastain; Allen Clarkson; A G C Farms; Allen Loveless; KDL Farms; Alma Catlett; Travis M Caldwell Family Trust; Angela Waldrip; Archie Stephens, Jr.; Barbara Caudle; Barry Lawrence; Lisa Lawrence; Barry & Lisa Lawrence Farms; Lawrence Agri; Bill Carnathan; Gere Carnathan; Carnathan Group; Bill Ragan; Ragan Farms; Billy Don Hinkle; Billy Hinkle Farms; Billy Hill, Sr.; Billy Hill Sr. Farm Partnership; Billy Jayroe; R&V Hall Partnership; Blackfish Flyway Farms, LLC; Bob Billingsley; Bob Billingsley Farm; Bob McCrery, AKA Robert C. McCrery Sr.; Bob & Linda McCrery Farm; Bobby D. Brown; R & B Farms; Bobby Hoard; Hoard Farms General Partnership; Bobby L. Jackson; Jackson Farm Partnership; Bobby Neal Grady; Bobby Grady; Bobby Swanson; Swanson Farm Partnership; Boyce Hill; Brad McKnight; Kristiana McKnight, Faith Farms Partnership; Brenda McGraw; Brent Davis; Stephen Davis; Stephen & Brent Davis Farm Partnership; Brian Karnes Farms; Brian Karnes; Triple K Farms Partnership; Brian Stoner; Belle Nelle Farms; Bruce Swindle; Swindle Farms Partnership; Buron Griffin Jr.; Tracy Griffin; BG & Tracy LLC; Buron Griffin Sr.; Buron Griffin Farm Inc.; Burrow Farms, Inc.; Burrow Brothers Farms; C.C. Gibson; Cliff Gibson, on behalf of C.C. Gibson Properties, Inc.; Katharine G. Wells; C.E. Newman, Jr., individually and as beneficiary and representative of C.E. Newman, Sr. Trust #2 and C.E. Newman, Sr. Trust #3; Calvin Wayne Chastain; Carl Burrow; Burrow Ag. Inc.; Carl Loewer; Carl Loewer Farming Company; Barbara M. Loewer; Carlos Nash; Rusty Cartillar; Cartillar Farms Partnership; Cartillar Hwy 37 Farms, Inc.; Cartillar, Inc.; Chad Hornsby; Chad Hornsby Farm; Charles Randy Jones; Charles S. Walker; Chris Hodge; Chris Hodge & Sherell Hodge J.V.; Chris Roberts Farms; Chris Roberts; Delta Terre Planting, LLC; Chris Thompson; Thompson Farms; Claud Meredith; Cleo D. Cain; Joyce Cain; Cliff Thomas; Williams Farms Partnership; Daniel Anderson; Leslie Anderson; Anderson Farms; Darrell Gore; D & D Gore, a partnership; Darryl Schlenker; David B. Wilkison; David Hylle; Hyco Farms Partnership; David Walker; David Wilkison; D & D Wilkison Farms, Inc.; Dena Nash; Dennis L. Stephens; Derward Byrd; Dewey King; King Farm Partnership; Dewitt Fortune;

Dolly Bernadine Henderson; Henderson Farm; Don Speck; Don Speck Farm; Don Taegtmeyer; Taegtmeyer Farm a Partnership; Ella Reeves; Donald R. Carlow; Tyson Family Trust; Tyson Farms; Donald Valentine; Benwood Farms; Donald Wilkison; Ronnie Carey; Hallwood Milling; Donnie Reddmann Farms; Inc; Donnie Reddmann; D & R, Inc; Donnie Wilkison; Dorothy H. Mitchell; Douglas Gore; D & E Gore, a partnership; Doylene Hinze; Cox & Hinze Farms, Inc.; Double 'H' Farms, Inc.; Earl Walker, Jr.; Walker Farms Ninety-Six; Eddie Taylor; Elmer H. Taegtmeyer; Emaline Holleman; Estate of Ray Fuller; Eugene Mitchell; Mitchell Farms; Eva Hall; Everett H. Mason, III; Bo Mason Farms; Double K Farms; F. Mike Wood; Southwood Farms; F.C. McClellan, Sr., as trustee of the F.C. McClellan and Bessie McClellan & Logan Jackson Trust; F.C. McClellan, Sr., as trustee of the F.C. McClellan and Bessie McClellan Family Trust; F.C. McClellan, Sr.; McClellan Farms, Inc.; Faye Clayton; Anna Gailey South; Anna Gailey North; Flatland Farms, Inc; Frank Swanson; Frank Swanson Farms Partnership; G.T. Lalman; Triple L Farms, Inc.; Gadwal Farms; Gary Bennett; Carolyn Bennett; Gary & Carolyn Bennett; Gary F. Smith; Gary Skinner; Gary and Lorrie Skinner Farms, Partnership; Gaylan Loveless; Eugene "Gene" Dover; Gene Harris; Gerald Jackson; G-Ron Farms; Kacey Farms, Inc; Gilbert Bonner, individually and as trustee and representative of Prine Family Trust; Gladys Wimberley; Gladys Taylor Trust; G-Layne Farms, Inc; Grant Hampton; Grant Hampton Three Brothers Farm; Grizzle Brothers Inc.; Harold Mason, Jr.; Mason Farming; Heber B. Hughes; M.J.O., Inc; Henry Dale Jayroe; Henry Dale Jayroe Farms; Henry L. Stewart, Jr.; Stewart Farms; Herman Higgins; Heritage Farms; Holly Hickman; Holly Hickman Farms; Howard Fitts; Howard Fitts Farms; Hubert Ragsdale; Double R. Farms; J. H. Carroll Family LLC; J. Leaborn Ellis; Leaborn Ellis; J.M. Reddmann; Jack Gentry, as trustee of the Elmer Reeves Testamentary Trust; Jesse B. Daggett; Daggett Farms Limited Partnership; LMD Farms Limited Partnership; James M. Hubbard, Jr.; Double H Farms; James S. Taylor; Red Oak Farms; James W. Meador, Jr.; James Williams; Janice Williams; Williams Farm; Jay Hinkle; Jay Hinkle Farms; Jeff Carnathan; Chris Carnathan; Beaver Bayou Partnership; Jeff Erwin; Jeff Hickman; Jeff Hill; Hill Brothers Farm Partnership; Jerry Boeckmann; Three Boeckmann Farm II, a Partnership; Jerry Herron; Sandra Herron; Herron Farms Partnership; Jerry Rushing; Rushing Farms Partnership; Jim Carroll, III, as trustee of the Jimmy & Ella Mae Carroll Revocable Trust; Jimel Farms, Inc.; Jon Carroll; Swamp Poodle Farms, Inc.; Jimmy Neal Bickerstaff, as trustee of the J.N. Bickerstaff Revocable Trust; Joe & Colleen Kyle; Joe-Co Farms; Joey Taylor; Joey Taylor Farms Partnership; John D Bridgeforth; John

Hinkle; John Peeples, III; Peeples Enterprises, Inc.; John R. McFarland; C & M Farms Inc.; Energies Unlimited, Inc.; John Rial; Rial Farms Partnership; Jonathan Vanderburg; Judy Nash; Judy Nash Farm; Justin Martin; Keith Jones; Wilma Jones; J & J Farms; Keith Coffey; Coffey & Hess Partnership; Keith Freeland; Freeland Farms Partnership; Keith Thomas; Keith Thomas Farms of Cherry Valley, Inc.; Keith Wilkison; Dial Creek Farms, Inc.; Kenne R. Long; Kenne Long Farm; Kenneth Byrd; Kevin E. Mooney; Big Earl Farms; Kevin Thompson; L. R. Phillips; R & D Farms Partnership; LA Farms; Inc.; Lannie Jumper; Jumper Partnership; Larry Ashburn; Ashburn Farms, Inc.; Fair Oaks Farm Partnership; Larry Melvin; Melvin Farms Partnership; Melvin Farms, Inc.; Larry Nash; L & J Farms Partnership; M Real Estate, LLC; Laurence Hylle; Dybedal Farms; Leslie T. Brown Farms; Leslie T. Brown; Leslie T. Brown Partnership; Leslie Williams; Sean Williams; Loewer Oaks Farms, Inc.; Loranzo Jordan; Jordan Farms; Louise W. Miller; Lynne S. Newman; Mark Gerrard; Mark Gerrard Farms; Mark Waldrip, individually and as representative of Lowell E. Waldrip; Waldrip Farms, Inc.; Rosa Mae Eason, as representative and trustee of Freemont D. Eason Irrevocable Trust; Rosa Mae Eason, as representative and beneficiary of Rosa Mae Revocable Trust; Marty Williams; Williams Farm Partnership; Mary F. Henderson; Mary Jane Farm, Inc.; Matthew Marsh; Maurice Stutts; Maurice Stutts, Inc.; Max Long; Max Ramer; Robert Ramer Farms; Melody Cain; David Cain; David & Melody Cain Farm; Michael Chappell; Lisa Chappell; Michael & Lisa Chappell Farm; Michael Graves; Susan Graves; Graves Farm Partnership; Michael L. Walker; Michael Traylor; Mickeal Davis; Valley Mills Inc.; Mid-Delta Planting Co. LLC; Mike Robinson; Bridget Robinson; Mike Slabaugh; Lakeview Farms Partnership; Mike Wampler; Wampler Farm Partnership; Mike Wood; Mike Wood Farms Inc.; Wilbur Wood Farms, Inc.; Mildred Jones; Jones Farm; Mitze McKnight; Mitze McKnight, Inc.; Neal & Edith French Farm; Neal French, as trustee of the Neal French Family Revocable Trust; Norman Caudle; Ophelia Broadway, individually and as representative of Julius L. Broadway; Otha Bunch; Bunch Farms; Otis B. Adams; Adams Farm Partnership; Philip Thompson; Phillip J. Jackson; Joe Jackson, AKA Phillip Joseph Jackson II; R & L Wilkison Farms; Inc.; R.R. Kemmer; R.R. Kemmer Farms; Randall L. Marsh; Dorothy Marsh Trust; Randy Marr; M&M Farm Partnership; Randy Marsh; Marsh Farms; Ray Caldwell; Travis Marshall Caldwell Family Trust; Raymond Davis; Reid and Lynn Grizzle Partnership; Reid Grizzle, individually and as representative of H.M. Grizzle Trust; Lynn Grizzle; C.C. Grizzle Family Partnership; Retha Stephens; Last Chance Partnership; Richard Imboden Farms Partnership; Richard Imboden; Carolyn

Imoboden; Richard Sisk; Penndale Farms Partnership; Rick Hampton; Rick Hampton Farms; Two Rivers Agri.; Rickey Stutts; Rambling Acres Joint Venture; Rickey Stutts; Inc.; Ricky L. Jacobs; Jacobs Farms Partnership; Rita Faye Ragsdale; Robert Donovan Farm; Robert McCain; McCain Farms, Inc.; Roger Charles Thompson; Thompson Brothers Farm; Roger McGraw; R and B Farms Joint Venture; Roger Wilkison Partnership; Roger Wilkison; D & R Wilkison Farms, Inc.; Roland McGruder; R & B McGruder Joint Venture; Ron Hall; Ronnie Reddmann; Ronnie Reddmann, Inc.; Russell Bonner; Arrowhead Farms II; Ryan McGruder; Ryan McGruder Farms; Sammy Meador; Samuel Darrell Vaught; Vaught Farms General Partnership; Samuel Eric Vaught; Samuel L. Medford; E L & Samuel L Medford Partnership; Mallard Farms A Partnership; Schlenker Family Farms, LLC; Schlenker Farms, Inc.; Scott Everett; Omni Omega Planting Company; Seth Hampton; Seth Hampton Farms; Shane Hinze Farms; Shane Hinze; Shime Farms Partnership; Stanley K. Chastain, Jr., individually and as the personal representative of the estate of Stanley Chastain Sr.; SKT Farms; Stephen Greg Fortenberry; Greg Fortenberry Farms; Sterling W. Tucker Trust; Steve Covington; RE-LO Farms a Partnership; Steve Edwards; Steve Meacham; Mary K. Meacham; Meacham Farms; Steve Williamson; Williamson Bros. Inc.; Susan Mauldin; Lewis Mosley & Raley; Susan W. Taylor; S & C Farm, Inc.; Sylvia Phillips; Tanya Hill; Terry R. Fuller; Ray Fuller Farms, Inc. D/B/A Fuller Seed & Supply; Tony Clegg; T & G Clegg Family Farms, Partnership; Tracy Griffin; Trenton Wayne Vance; Valco Farms; Vaughn McCollum; Riverdale Farms; Vernon Thweatt; Thweatt Farms Partnership; Victor P. Hinze; Water Fowl Farms; Wayne Loewer Farms; Wayne Marr; Wayne O. Traylor; Wayne O. Traylor Farms, Inc.; Wendy Vance; Vance Farms; Wesley Harvey; Harvey Farms Partnership; Wilburn Howton, individually and as representative of W&R Howton Holdings Partnership; William F. Curtis, Jr., as trustee of the William F. Curtis Jr. Revocable Trust; William Oltmann; W & W Partnership; William W. Bond, III; Pintail Partners; Willie Oxner Farm; Willie Oxner; Oxner AG Partnership; 4-J Farm; John Alter; Miller Farms Partnership; Kay Beatty; Kaydan Farms, Inc.; Alkay Farms, Inc.; BobKay Farms, Inc.; Ricky Block; Sandra Block; Terry Dan Bullock; Steven E. Bullock; Deborah Clegg; George Clegg; Adelma R. Elder; Elder Family Partnership; James E. Elder; Viki L. Elder; Don Elder; Mary Kathryn Elder; James Frank Elder; Jerry Miller; J & M Farms, a partnership; Parker Eubanks; Eubanks Brothers Inc.; R-J Eubanks; C-R Eubanks; Eubanks & Eubanks; Eubanks & Sons; Paul Wayne Smith; Foxlane Farms Inc.; Nadine French; Lafko Farms Inc.; S&R Farm, Inc.; Danny French; D&T Farms, Inc.; Karin French; Kat Farm, Inc.; Teresa

French; M&T Farms, Inc.; Mike French; Steven Arzo French; Arzo Farm, Inc.; Perry Pfaffenberger; Kenneth Graves; Emery Hughes; Joey McCorkle; J&L Farm, a Partnership; McCorkle Farms, Inc.; Tyronza Cutoff Farms, Inc.; L.B. Abernathy; Barasha Farms, Inc.; KBob Farms, Inc.; Kenneth Padgett; Padgett Farms; Chris McCorkle; LCM Farms, Inc.; Joseph McCorkle II; M&S Farms Partnership; Mitch Miller; Bart Minton; Bart Minton Farms; Brooks Minton Jr.; Brooks Minton Jr. Farms; B&G Farms Partnership; Greg Minton; Minton Farms Inc.; Dudley R. Webb Jr.; Dudley R. Webb Jr. Farms, Joint Venture; Faye E. Morris; Stracener Farming Company; Eulus E. Evans; Eulus Evans Farm (AKA Evans Farm; Evans Farm #1941; and E.E. Evans); Curtis Nash; Gumbo, Inc.; Jacques Parker; Otis Parker Trust A; J-Dog Inc.; Pocket Prairie, Inc.; J-Bran Inc.; Chad Webb; Aaron Webb (AKA Roger Aaron Webb); Mary Webb; Roger C. Webb; David L. Stracener; David & Johnny Stracener Farms Partnership; D.L.S. Farms, Inc.; Case Farm; Terrance Henry; Johnnie Stracener; William Whitehead; Whitehead Farms; Brad Whitehead; Brad Whitehead Farms Partnership; Larry Alberson; Alberson Brothers Farm; Luchen Walls; Walls & Son, Inc.; Lucky 13 Farming Co. Inc.; Walls Farming Co. Inc.; Tommy Coleman; Coleman Brothers Farm Partnership; Jimmy Nipps; NIPCO Farms Partnership; Nipps Brothers Partnership; Brad Rice; Rice Brothers Farms; Larry Petit; Down Town Farms; Orlan Roper; Roper Farms (AKA Orlan Roper Farms Partnership); Cara D. Parker; C. Parker Farms; Charles K. Parker Jr.; John A. Petrus; James Wallace Phillips; Phillips Farms; Jerry Rye; Rye & Sons, Inc.; Preston Hamilton; Preston Hamilton Farms, Inc.; Shane Hamilton; SPH Farms, Inc.; Ronald Schafer; Edward Schafer & Sons; Fuzzy Farms, Inc.; RBD, Inc.; Roger Schafer; RED, Inc.; Wingtip Farms, Inc.; Kaleigh Thompson; Aldan Farms, Inc.; Danzie Farms, Inc.; Terese Thompson; M&F Farm, Inc.; N&K Farm, Inc.; Richard Tindall Sr.; Rich-all Farms Inc.; Jace A. Tubbs; Jerred H. Tubbs; Darin Walton; Walton Agco.; Harold West; Joann C. West; Elbert Schafer; Heath Whitmore; Kirk Whitmore; Whitmore Farms; H and K Farms; Donald Max Blagg; Seep Ditch Farm, Inc.; Blagg Farms Partnership; Donald Max Blagg Farms; David Carter (AKA Johnie David Carter); David Carter Farms; Addie Clingmon; Clingmon Farm 3169; Thurmon Clingmon; Clingmon Farm 3170; Douglas Clingmon; Clingmon Farms; Edward Clingmon; James Clingmon; Loretta Clingmon; Mae Clingmon; Marilyn Clingmon; Steven Daniel Craig; Daniel Craig Farms; Steve Craig; Delta Ridge Farms, Inc.; Riverbend Farms, Inc.; Gregg Crouch; Crouch & Crouch Farms Partnership; Hwy. 158 Farms; C.E.D. Farms; Gene Crouch; Nelson Crow; Nelson Crow Farms LLC; The Crow Corporation; D & J Crow Farms Inc.; G & N Farms, Inc.; Scott Day; Harold

Finch; Harold and Rita Finch Partnership; Cleveland Freeman; Joyce Freeman; Robert Dockery; Wilma L. Carlock; Wilma Lee Carlock Revocable Family Trust; Darrell Henderson Jr.; Biggs Planting Company, Inc.; Magnum Farms, Inc.; David House III; Butch House Farms, Inc.; Earl Bennett; Bennett & Sons; Tracy Borgognoni; Borgognoni Farms; James Branch; Joey Greenway; J & V Farms, Inc.; G & G Farms Partnership; Ricky George; George Farms, Inc.; Kevin Gerlach; Gerlach Farming; Tommy Parker; Jason Parker; Parker & Parker Farms; Triple Creek Farms; Thrifty Farms; William Chris Hatch; Hatch Farms; Anghatch Farms; Mike Hardke; Hardke Farms Partnership; Larry Neal; Neal and Neal Farms, A Partnership; Timothy Murphy; Murphy Farms, A Partnership; Susan L. Mencer; Addie L. Petrus; Bobby Petrus; Michael Pieroni; Pieroni Farm Inc.; Lake Port Farms, Inc.; Jon C. Plafcan; Long Prairie Farms Family Trust; Josh Lassett; JWL Farms, Inc.; L&P Farming, Inc.; Bill Lassett; Lassett Farms, Inc.; Lott Johnson; Johnson Farm; Orelan Johnson; Orelan Johnson Farms Inc.; Tomberlin Farms Inc.; Bayou View Farms Inc.; W.A.R. Farms; Brandy M. Jones; Emanuel Jones; James Mahomes; James Ray Martin; Rick Martin; James R. Mead; Robert Miller; Robert B. Miller & Son General Partnership; George L. Morris, individually and as beneficiary of and representative of George Morris Revocable Trust; George L. Morris, as beneficiary of and representative of Vivian Mosby Living Trust; Vivian Mosby, individually and as beneficiary of and representative of Vivian Mosby Living Trust; Dennis Parker; Gary Parker; Pauline Parker; Brandon Parker; Alma Richard; Carla Richard; Chris Robertson; E & G Farms; Goosehead Farms; Webfoot Farms; Mounds II; Charles R. Strange Jr.; Chobs Farms Inc.; Coy Sutton; Jody W. Sutton; Gerald W. Sutton Sr.; G&C Farms Inc.; James V. Webb; Webb Farms Partnership; James V. & Cathy M. Webb Joint Venture; Dudley R. Webb Sr.; Juanita Webb; Dudley R. Webb Sr. Farm; David M. Yocum; Yocum Farms Limited Partnership; Alice-Sidney Farms Limited Partnership; Edward H. Young, Sr.; Cynthia Lewis; R.P. Lewis Farm Limited Partnership; Lois Bullington, as beneficiary of and representative of the estate of Homer Bullington; Leon Harris, Jr., individually and as the personal representative of the estate of Leon Harris, Sr.; James A. Boyt; Baxter Brothers Farm; David L. Woods; Alexander Cale Block; Bennie Collins; Jerry Brandon Clark; Brandon Clark Farms, Inc.; Jim Cole; J.B. Ketchum; Jack Wheat; Ketchum-Wheat-Ketchum; William J. West; Westbung Farms; Gary Canada; Hanna Canada; BC&D Farm Corporation; GRC Properties Limited Partnership I; Broadview Planting Co., Inc.; Naomi Jean Prange; Jean Prange Revocable Trust; Fish Lake Farms; Steve Pharr; Gene Pharr; Pharr Farms; Jamey Price; Waterloo Farms; Greg Gasaway; Clint Gasaway; Clint Gasaway

Farms; Jade Farms, Inc.; Chase Farms, Inc.; G&L Gasaway Farms; Larry Gilley; R & G Farms; Ricky Davis; Trulock Bay Farms; William Day; Michael Tyler; Michael Tyler Farms; Chris Tacker; Chris Tacker Farm; Tacker Brothers Farm; Inc.; Tacker & Danforth, Inc.; Harold Tyler; Damon Tyler; Tyler Brothers Partnership; Tyler Farms, Inc.; Michael Gordon; Gordon Farms; Robin Neal; Gordon Neal Farms; Steve and Michael Watkins, on behalf of Watkins Farm, Inc.; Seth Watkins; Norfleet L. Hill; Norfleet & Velma Hill Farms Partnership; Jason Smith; SMS Planting Company Partnership; Daniel Hill; Daniel Hill Farms; James Hill; Hill Farms Partnership; Farel J. Byrd; John Dale Byrd; Circle J Farms of Lee County, LLC; Lou Byrd; William Byrd; Joanna Mcleod; Ralph L. Cazer, Jr.; Ralph L. Cazer, Jr. Farm; Dwight Ellis; Dwight Ellis Farm Partnership; Clint Henderson; Clint E. Henderson Land Company; Henderson Land & Cattle Company; Wesley Minchew; W & R Minchew Farm, Inc.; Village Road Farms, Inc.; Jack Keller; Craig Keller; Mary L. Mencer; LTA Farm Partnership; Pat H. Henderson; Pat H. Henderson Farms; Tony Sauser; Four Amigos Farms, a partnership; Winn Henderson; Winn Henderson Farms; Don Kittler; Big D Farms; Kittler Planting Company, Inc.; Kellmer, Inc.; Culler Farms, Inc.; Wright Planting Company, Inc.; Don L. Kittler Farm; Chris Riggs, on behalf of C & T Farms Partnership; Becky R. Johns; David Johns Farm; Hayden Harper; Harper Farms Partnership; Bob Young; Bob Young Farm, Inc.; Dennis Crow; M&D Crow; D&J Crow; Neal Crow; William Keller; Keller Farms Partnership; R.D. Selby, PRN; Selby Farms; RD Doris Joint Venture; Mike Humphreys; Humpco Farm Partnership; Ned Sampolesi; Sampolesi Farms Partnership; Seth Ferri; Seth Ferri Farms; Mike Adams; Mike Adams Farms; Jerry Seamans; Chicot Farms LLC; Jonathan Moreau; J&M Farms; Chris Selby; P.T.C. Production, Inc.; Crop Production; Fourstar Partnership Farms; Bobby H. Miller; Murrell C. Clark; Scott Young; Dogwood Farms; Tad Keller; Ward Bayou Farms, Inc.; Keller Farming, Inc.; Aaron Shadell; Hubert Norris; Hubert Norris Farms, Inc.; Coyote Farms, Inc.; Agrarian Ventures, Inc.; Alton Tyler; Wayne Davis; J & W Farms; Barry L. Massengill; Massengill Farms Partnership; Benjamin Wilson; Jimmy L. Wright; Wright Farms Partnership; Jack Shell; Woodberry Farm, Inc.; Shell Land Corporation; Shell Farms, Inc.; William E. McMullen, Jr.; S & E Farms, Inc.; M & L Farms, Inc.; William E. McMullen, III; Trey McMullen Farm; Jeremy Cunningham; Joe Drace; Joe Drace Farms, Inc.; Dramer Farms, Inc.; WWD, Inc.; JGD, Inc.; Will Drace Farms; Brandy Drace; Brandy Drace Farms; Wade Drace; Wade Drace Farms; Kenny Falwell; Eagle Lake Farms; Danny Bullock; Danny Bullock, Inc.; Billy Paul Bullock; Billy P. Bullock, Inc.; Bullock Farm Partnership;

David Bullock; David Bullock, Inc.; Brittney Watkins; Justin Watkins; Scott May; Maurice Watkins; M.M.J. & J. Farms, Inc.; William L. Evans; Evans Brothers, Inc.; Evans Farming Company Partnership; James D. Evans; James David Evans Farming Partnership; Evelyn Heien; Alfred & Evelyn Heien Farm; Henry Watkins; Portis Mercantile Company of West Ridge, Inc.; Roger Jones; Jones Farms Partnership; Scott Arnold; Portis Farms, Inc.; Harvey Howington; Howington Farms; H & M Farms I LLC; Robert Thomas; Triple T Farms; Thomas Farms; Billy Harris; Cathy Harris; George E. Beley; Sue J Beley Trust; John C. Stuckey; Stuckey Family; J C Stuckey Martial Trust; Robert Taylor Stuckey Estate; Taylor & Stuckey; Charles Burks; John C. Stuckey 3572; Natalie Stuckey; Cecil Stuckey Rose; Larry Joe Burns; Burns Farm; Joy Mason; David B. Inman; Byron David Brown; B & B Brown Partnership; R.E. Roe; Roe Farms Partnership; John Godwin; Godwin Farms Partnership; Tina S. Woods; Mark D. Woods; Randal Dillinger; Dillinger & Dillinger; Jerald E. Spencer; R.L. Spencer Farms, Inc.; R.B. Spencer Farms, Inc.; S & D Farms Partnership; A. L. Harris Jr.; Larry Wilson; Pat Norsworthy; Henderson Farms, Inc.; Henderson Planting Company; Norsworthy Land Company; John C. Norsworthy Revocable Trust; Bob C. Norsworthy Revocable Trust; Danny W. Richmond; Richmond Farms; Charles H. Carver; Carver Farm; Mary Ann Bell-Baxter; John W. Bennett; Prairie View Farms; Clifford Bennett Farms; Michael Oxner; Red River Farms Partnership; Joseph Edward York, Jr.; Sue Bullock; Bullock Farm East; Sue Bullock, Inc.; J. Frank Smith; James L. Nichols Sr.; Ed Nichols Estate; Rick Little; Double L Farm, Inc.; M R L Farms Inc.; Dustin Little; Larry Paterson; Patsy Paterson; Greg King; King Farms Partnership; Terry Wayne; Clifton Westbrook Ollar; Ollar Farms; Karen York; Lloyd R. Evans; Evans 3 Farm Joint Venture; Pintail Farms, Inc.; J & L Farms, Inc.; E & K Farms, Inc.; J.D. Evans Trust; Nolan R. Evans; Open Throttle Farms, LLC; Sawmill Ridge Farms, Inc.; Rattlesnake Ridge Farms, Inc.; David Schug; Fitz, Inc.; David and Stacy Farms Partnership; Robin Boyd; Boyd Farms; Thomas G. Inman; Inman Bros. LLC; Inman Family Limited Partnership; Mary J. Alpe; Jansen Farms, Inc.; Valerie Underwood; Joe Underwood; Steve Lovett; S & L Farms, Inc.; Upper Pinchback Farms; Lou H. Bray; Marloubet Partnership; James Spencer; MCA Profit Sharing Trust; Randy Munnerlyn; Munnerlyn Farm; Lee Mizell; Mizell Farms; Ken Orlicek; Ken Orlicek Farms, Inc.; Sarah Orlicek, on behalf of Madge Richey Family Trust; James Bingham; James Paul Bingham; P & L Farms, Inc.; Bingham Farms, Inc.; Kenny Price; Jil Farms, Inc.; Kenny Price Farming Company Partnership; Mike Karr; Karr Farm Partnership; Benny Karr, III; Double K Farms; Benny Karr III Farm; Clyde B. Sexton, Jr.; Donald Pratt;

Gale Brewer; H.E. Brewer and Sons; Earnest Heidlberger; DJCB Farm Partnership; William Jody Lyons; Jody Lyons Farm; F. H. Lyons, Jr.; F.H. Lyons Jr. Farm; Lyons Brothers, Inc.; F.H. Lyons, III; F.H. Lyons III Farm; Jerry L. Smith; Edra Perry Parker; Edra Perry Parker Farms; Charles Perry; C P Farms General Partnership; Chris Parker; Chris Parker Farms; David Cline; Clines Farm Partnership; A.H. Tucker; James T. Butler, II; Second Fortune Farms, Inc.; Iron Gate Farms, Inc.; No Tears, LLC.; Jerry R. Smith; Jerry Smith Farms; Daniel Casebier; Casebier Farms Partnership; CD & M Farms Partnership; Ronnie B. Cox; Cox Pirani Farms; Robert B. Holthouse, Jr.; Holthouse Farm Partnership; Murray Henderson; Henderson Ag Service, Inc.; Guilford M. Dudley, individually and as the personal representative of the estate of Katherine Dudley; Guilford M. Dudley IRA; Billy E. Scroggins; Scroggins Enterprises, Inc.; Thomas S. Lovett, III; TSL Lands Inc.; Betty A. Scroggins; Overflow, Inc.; Randy Hill; Melody Hill; Gwen P. Fischer; Woodrow Cummins; Cummins Brothers Farms, LLC.; Mickey Brown; Triple B Farms; Billy Don Weitkamp; Kevin Weitkamp; Bill Weitkamp; Weitkamp Farms; Scott Mitchell; Mitchell Farm Partnership; Evelyn Hauk; Hauk Family Limited Partnership; Virginia Mitchell; Virginia Mitchell Farm; Guy Mitchell; Guy Mitchell Farm; Joe Kyle; Joe Co Farms; Phil Yates; Caleb Farms, Inc.; Yates Farms Partnership; Madison Yates Farms; John French; John and Pam French Farms Partnership; Clifton Orick; Gary Capps; Gary Capps Farm Partnership; Virginia Sheppard; James Sheppard; Jimmy R. Smith; J & T Farms Partnership; Jimmy Huskey; Huskey Farm; Teresa A. French; Gary T. French; Gary and Teresa French Farm Partnership; Ken C. Holt, Jr.; Ken C Holt, Jr. Farm Partnership; Jeremy Knight; J & D Farm Partnership; Cal Tucker; Cal Farm; Randall E. Wroten; Wroten Farms; Betsy Bowers; Alvin Starkey; Rick Johnson; Rick and Rochelle Johnson Farm Partnership; James M. Jansen; Jansen / Alpe Farms; Jan L. Bryant; Michael L. Bryant; Raymond Bryant; Bryant Farms, Inc.; Marie G. Warren; Michael K. Hale; Eddie Wright; Four Seasons Farm, LLC; Eddie & Denise Wright Family Farm; Todd Bartholomew; Todd and Lauree Bartholomew Farms; Todd Bartholomew Farms, LLC.; Donald Bowman; Bowman Farms Partnership; Arvil L. Jones; Cache River Farms Partnership; Steven Latta; Latta Farms, Inc.; Johnnie Longnecker, Jr.; Brenda Longnecker; Johnnie Longnecker, Sr.; Bennett Family Limited Partnership; J & B Farms Partnership; Tyrone Nash; Tyrone & Sonia Nash Farms, Joint Venture; John E. Stewart, Sr.; CFS Farm; John Stewart; Robert Hegerman; Ronald Edwards; Edwards Farm; Janice Currie; William L. Currie, III; Currie Farms; Lucille B. Eifling; Lakeside Plantation Farm; James L. Gibbs; G 3 Farm; Charles Toombs; Toombs Farms;

Betty S. Loewer; Stewart Farms; Otto J. Loewer; Ben Karr, IV; B & M Karr Farms; Charles Robertson, Jr.; CCR Farms; Barry Walls; Walls & Walls General Partnership; The J Kids Farms; JEN Farms; Whitehall Feed Grains; Patricia Ann Holloway; H & H Farms; Emmet Torian; Wendell Saffell; Wendell; Fredd (or Freddy) D. Scroggins; Scroggins Fish Farms; Scroggins Gen Partnership; Triple S Partnership; Ronald Saffell; Scott Fowler; Robert L. Hixson Jr.; Hixson Properties LLC; Triple H Farms, Inc.; NHC, Inc.; Prairie Wings Properties; Martha Hixson; Hixson Farms, Partnership; Randy Norris; Phyllis Young; Vern Young; Todd Young; T & C Farms; TLC Farms LLC; Ken Fisher; Tonia Garza; Tonia Garza Farm; Mike Kieffer; Mike & Linda Kieffer Farms, A Partnership; Linda Kieffer, as representative of Collco Inc. and Joan Ratton; Linda Kieffer, as representative of George Smith; Seth Kieffer; Kieffer Family Limited Partnership; Matthew Tucker; C & M Farms; James E. Lowery; Lowery Farms Partnership; Charles Roe; Roe Farms; Evalyn Tolbert; Jack French Jr.; Henry Williams; Dale Williams; Lora Williams; Claudine Williams; Diana Lynn Carter, individually and as beneficiary and representative of Diana L. Carter Irrevocable Trust; Carl E. Morrison III; Morrison Partners; Thomas T. Sheppard; Jabs Farm Inc.; Mallard Brake Plantation; Syble Ballard; Syble Ballard's Farm; Gerald Burgess; Gerald Burgess Farms; Kenny Tolbert; JD Veazey; VZ Farms Partnership; Larry Bauer; Steve Jernigan; Charles Sanders Jr.; Sandy Sanders; Sanders Farms Partnership; Donna J. Watson; Cheryl K. Jenkins; Alyce Weaver; Lindy Alexander; Alexander Farms Partnership; Richard Alls; R & G Farms Partnership; Ernest Cooper; Cooper Farms; Dennis Lamberth; Lamberth Partnership; Mike Mahan; Cottonmouth, Inc.; Jason Cooper; Jason Cooper Farms Partnership; Jeremy Oakes; J & B Oakes Farm; James Kevin Reddmann; R & R Farms of Weiner, LLC; Jerry Keith Reddmann; Reddmann Farms of Weiner, LLC; Jerry Paul Reddmann; Chris Oakes; C & J Oakes Farms; Todd Gibson; Jeff Price; Jeff Price Farms; Jonathan O. Neely; W.L. Gibson; Kalar Farms, Inc.; Greg Moody; Amanda Finch; Finch Farms; Vera Harris, as personal representative of Leon Harris Sr.; James Lynn Ryan; Ryan Brothers; Ronny Allen; Allen Brothers; Kerry Longnecker; Longnecker Joint Venture; Michael Longnecker; Rose Ann Hansen; Rose Ann Hansen Farm; Hilton Hurdle; Hilton Hurdle Farm; Rita Scott; Rebecca Winemiller; US Investment Realty Company; Martel Tate; Tate Farms; Bob Bolton; Clark Bolton; W J Bolton Farms, LLC; Truman Moore; Current River Farms; Fred G. Stuckey, individually and as beneficiary and representative of Samuel H. Stuckey Testamentary Trust; F & S.S., Inc.; Stuckey Farms Inc.; BSF Land Co.; Stuckey Farms Company Partnership; Gary Victory; V & V Farms; Debbie Victory; Emma Lee Victory,

individually and as beneficiary and representative of Ralph Victory Family Trust; Ashley Victory; Ashley Victory Farms; Charles Abanathy; Joanna Miller; Loreta Allison; Alvin Miller, individually, and as beneficiary and representative of Alvin & Betty Miller Living Trust; Martha A. Childers; Graham R. Childers (AKA Bob Childers); Bufford Newberry; Conrad Newberry; Glenn Newberry; GNG Farms Partnership; Clyde A. Collins; Scott Mouser; Mouser Farm, an Arkansas Partnership; Chad L. Grenther; Grenther Brothers Farm; Liberty Bank, as representative of Verl DeGood Inc.; Liberty Bank, as representative of Verl DeGood Testamentary Trust; Liberty Bank, as representative of Oudria DeGood Living Trust; Liberty Bank, as representative of Cox & Morgan, Inc.; Liberty Bank, as representative of Cruse Family Trust; Liberty Bank, as representative of DeGood Farms, Inc.; Verl DeGood Inc.; Verl DeGood Testamentary Trust; Oudria DeGood Living Trust; Cox & Morgan, Inc.; Cruse Family Trust; DeGood Farms, Inc.; Lawrence Key Levine; Haywood Farms; Brent Terrell; Terrell & Terrell Farms, LLC; Ronnie G. Terrell; James D. Burleson; Edward L. London; Shannon Lee Talkington Sr.; Triple T Fish Farms Inc.; Shannon Talkington Jr.; Talkington Farms; Mickey Graham; Graham & Sons; Lloyd Inman III; Lloyd Inman III Farm; Velma Ruegger; Britt Kieffer; Britt and Ashley Kieffer Farms Partnership; Jeanette Houchin; Houchin Farm; Keith Houchin; Skinny Pig Farm; Webster Smith; John Newkirk; Newkirk Farms; Lehman Duncan; Duncan Farm; Lauren Watkins; Brenda J. Watkins, as beneficiary and representative of H.T. Nutt Test Trust; David T. Watkins; DKLB Farms, Inc.; Cleo D. Watkins, Jr.; Cleo D. Watkins; Oak Creek Farms, Inc.; Patsy Ables; Smith Grain Co. Inc.; David Smith; Joey Lemmons; Lemmons & Son Farm; Michael Ellis; Honeybaby Partnership; Dan Hosman; Swift Ditch Farms Partnership; Danny Clements, individually, and as beneficiary and representative of the Estate of Abner Clements; Larry R. Jennings; Clements & Jennings Farms, a Partnership; LRJ, LLC; DMC Farms, LLC; Matt Clements; Matt Clements, Inc.; Lance Gasaway; SAGE Farms; Marshall Little; William Oxner, Sr.; T.C. Farms, Inc.; S.P. Farms, Inc.; S&C Farm, Inc.; Donald DeVore; DeVore Farms, Inc.; Dennis DeVore; Tim DeVore; Lamar Harvey; Lamar & Patsy Harvey, Joint Venture; Marie K. Hunt; Margaret Hannebaum, Inc.; Ray Harvey; Ray Harvey Farm; James Arlon Welch; Welch & Welch, Inc.; Clarence Rice; E.H. Rice Farms; Scott Foushee; Foushee & Welch, Inc.; Tyson Teel; Joe Teel; Joe Teel Farms; James Teel Farms; Patsy Harvey; Lamar Harvey; Lamar & Patsy Harvey; Phil Horton; Robert Parker, Sr.; Robert & Betty Farm; Robert N. Parker, III; R & A Parker Partnership; Betty L. Parker; Robert Parker Farm; John Bramucci; Bramucci & Sons; B.H. "Bill" Gipson; Gipson Bros.; W.C.

Mankin; Mankin Farm, Inc.; Vernon Housman; Dwain Housman; Virgil Housman; Olive Jean Donath; H.F. Jensen Farm; David Schwarz; David Schwarz Farms; Gerald K. Johnson; GKJ Family LTD Partnership; Brian Browder; Kevin Slusser; Larry J. Lewers, as trustee of Helen N. Lewers Family Trust; Larry J. Lewers, as trustee of Carrie Lillian Frazer Trust; Brad Clines; Double C Farms Partnership; Ronnie Everhart; Pineview Farms Partnership; Roxanne J. Everhart; Kenneth Bennett; Bennett Farms; Walter Carle; The Carle Farm Limited Partnership; Carle Farms, a General Partnership; W.E.&B. Farms, Inc.; Brent Carle; Walter Carle; Brent Carle LLC; Billy A. Davis, as trustee of Davis Family Revocable Trust; William E. Davis, as trustee of William E. & Darlene Davis Revocable Trust; Lucille B. Dumond; Lucille B. Dumond Farm; Oregon B. Butler, Jr.; O.B. Butler Farm; William J. Fletcher, Jr.; Johnny Dougan; Terry Farms Partnership; Kent C. Westbrook; Westbrook Farms LLC; Harold Gateley; Danny E. Evans; Herbert Horton; Robin Harvey; Kevin Harvey; Kevin Harvey & Robin Harvey Joint Venture; Joel Stevens; Norris Stevens; Eric Stevens; Stevens Farms Partnership; Bettye Harbison Anderson; Bettye H. Anderson Farms; Reba Arnetta Tubbs; Jerry W. Tubbs; Moore & Tubbs; Tubbs Hilltop Farms; Larry Miles; Mary Charlton, as trustee of James W Harkey Residuary Trust and Virginia H. Hilton Residuary Trust; Jerry D. Patton; James J. Leach; Leach Partners; Connie Crymes; Crymes; Clifton W. Patterson; Gene Privett; Privett Farms Partnership; Larry Wallace; Pat Mullen; Trust Operations; Tri Corp; Bob B. White; Danny Barnett; W.C. Mills, individually and as trustee of B & K Revocable Trust; Sammy C. Hatley, Jr.; Hatley Farms; Four Miles; Larry Miles Farm; Terry Hatley; Three Forks Farm, Inc.; Tyronza River Farm, Inc.; Tam-T, Inc.; Tammy Hatley; Dennis Hatley; Blake Sweeny, Inc.; Danny W. Porter; Justin Porter; Anthony K. Bogy; T-Bo Farms Partnership; French Delaplaine Farm IV; J. Grant Watkins; Melissa Miles; Melissa Miles Farm; Larry Brooks; L&B Family Partnership of Weiner; Alvin Miller; Alvin & Betty Miller Living Trust; Loretta Allison; Richard Harris; RAH, Inc.; Harris Prairie Farm, Inc.; Brent Howton; B & C Howton Farms; Bill Sandage; Bill Sandage Farms, Inc.; Clarence Guthrey; Guthery Family Revocable Trust; Eddie Marshall; Dana Marshall; Marshall Farms Partnership; Ralph C. Ponder; Heath Harris; AgRAH Farms; Harris Delta Farms; Glenda Frisbee; Mark Sandage; Sandage Farms; Linda T. Ausley; Gay T. Schmitz; Roder Bradley; Bradley Farms A Partnership; Gene E. Wilson; Patricia Daniels, as beneficiary and representative of the Estate of Mary Hazel McCorkle; Johnny Paul Wallace, Jr.; Johnny Paul Wallace, Jr. Farms, Inc.; Freddrick Jason Young; Young Brothers Partnership; Young Farms; Young Farms Partnership; David Wallace; Triple W Farms, a

Partnership; Shannon King; Gary King; Larry King; Eddie Tackett; Eddie Tackett Farms; Cameron Southard; Cameron Southard Farms; Freddie Young; Carlena Van Ausdall; Chris Tucker Jr.; Thomas W. Clark; Thomas W. Clark Farm; Barbara Clark; Barbara Clark Farm; Jeff McDoniel; Double Mac Farms; Gregory J. Orlicek; Greg Orlicek Farm; Frankie Lindsey, as representative of Eugene Debs Tilley Trust and James Odell Brown Trust; Joe Strope; GSK Farms Partnership; Carolyn Brown Farms; Lydia Tilley; Ronnie Melton; Gene Melton & Sons; Melvin Kieffer; Melvin & Rita Kieffer Limited Partnership; Mark C. Brown, as representative of Eugene Brown, and MRL Farms; David H. Birdwell; Chlorita Cox; Laura Collier; Luke Maddox; Lowland Farms, Inc.; Kelly Thomas; Kelly Thomas, Inc.; Double T. Farms, Inc.; Joey Don Huey; Huey Farms Partnership; H.P. Maddox, III; H.P. Maddox, III Farms, LLC; Highland Farms, Inc.; Dan Maddox; Prince Lake Farms, Inc.; Maddox, Inc.; Brian Maddox; David Brian Roedel; D & B Farms Partnership; Benny Roedel; Ryan Russell; Russell Brothers Farms Partnership; Robert Danny Russell; Redline Farms, Inc.; Roedel Farms, Inc.; Billy W. Tripp; Tripp Farms, Inc.; Billy Ray Tripp; Lavern Long; Long Farms; Greg Long; Greg Long Farms; Jeannie Long; A.C. Freeman, Jr.; Freeman Family Farms, LLC; B.N. Word Gin Company, Inc.; Tros, Inc.; Donald Johnson; Charles Johnson; Johnson Brothers; Rufus A. Martin, Jr.; Scrogmar Farms, Inc.; Robert L. Stobaugh; Stobaugh Bros. Farms; Pam Foster; Bayou Bend Farms, Inc.; Old River Farming Co.; Max Foster; Max Foster Farms; Frances I. Cohoon; Cohoon Farms; Gary Sitzer; Sitzer Family Partners; Joe Scott; Joey Scott; Golden River Farms, Inc.; Cross Point Farms, Inc.; Michael D. Schisler; Robert Boward; Joel Stevens Farms; F. Eric Stevens Farms; F. Norris Stevens Farm; E & N Farms; Big Bayou Rice Farm; Betty Hogue Klinke; Hogue & Hogue; Raymond E. Covey; Elanzo Lawson; Vastina Smith; Jarrod Simpson; Jeffrey K. Worlow; JKW Farms, Inc.; Eugene Reithemeyer; Sedgwick Farms, Inc.; 2WW Farms, Inc.; Glendon R. Worlow; GRW Farms, Inc.; Drew Guinn; Christidon Pyles; Donald E. Pyles; Tyler G. Worlow; TGW Farms, Inc.; David Worlow, as beneficiary and representative of Ruby Ellen Worlow Trust; James Reithemeyer; J&P Reithemeyer Land Inc.; J. Reithemeyer Farm Inc.; Mitchell G. Worlow; Worlow Farms, Inc.; Spencer Worlow; Wade Sweetin; Sweetin Farms; Donald Sweetin; Sweetin Brothers Farm; John B. Jackson; Jane S. Lauck Farms, Limited; Sims Farm General Partnership; Danny Harlan; Harlan Farms Inc.; Rick Branham; Tony Johnson; Johnson Farm Management Company, Inc.; H&B Johnson Family Limited Partnership; RB&W Farms, Inc.; Jacky Johnson; Terry Snyder; Snyder Farms, Inc.; Tommy Snyder; Snyder Brothers Partnership; Ricky Buford; Buford Farms Partnership; Hervey

Madden; Cowlake Farms Partners; Larry Keffer; Tommy Sue Keffer; Furlong Farms; Sharmon Loggains; H. H. & H., Inc.; Holleah Mross, as representative of Jimmy R.Heeb; Berneda Heeb; Guston, Inc.; Heeb Farms, Inc.; Brody Heeb, individually and as representative of the Estate of Tony Heeb; Donald Hubbard; Vickie H. Winningham, as representative of the Estate of Helen C. Heeb; Tausha Privett; East Ridge Farms Partnership; Dirk Owens; Sugar Creek Farms, a partnership; Rome Helton; Gibbs Family Limited Partnership; Veda Agco, Inc.; Gibbs Farming Partnership; Horace L. Montgomery; Mike Skarda; Mike Skarda Farm; Jay Will Hicks; Hicks Farm; William G. Nichols; Gary Rogers; Cardinal Farms; John D. Beary; Luetta Horst; Troy Greeno; T & G Farm Partnership; Linda Skarda; Pat Skarda Farms; Skarda Land; Pat Skarda; Frankie Lindsey; Lindsey Family Farm; Brad Gray; Randy Gray; Randy Grey Farm Partnership; Greg Simpson; Cecil Simpson & Son; Oxbow Farms, Inc.; Morolon Wayne Ray; Frances M. Reynolds; Syble Williams; Larry Tate; Tate Farms; Jimmy W. Tate; North Jasmine Farms, Inc.; Tate Farms; Mary Beth Williams; Greta Greeno; Bronco Farm, Inc.; Joey Adams; Adams Family Limited Partnership; Wendell Jones, individually and as trustee of Woodrow Jones Trust; Big Creek Rice Farms Inc.; Richard H. Rogers; Rogers Brothers Partnership; Thomas Hess & Son; Eric Hess; Tom Norsworthy; Norsworthy Partnership; Elbert George; Hillside Farms; Delbert George & Sons Inc.; Delmond George; Delmond George Farms; Marshall Acy Humphries; Tyronza River Partnership; A.C. Humphries Farms, Inc.; M.A. Humphries Farms, Inc.; South End Farms Inc.; Paul Peacock Jr.; Peacock & Staudinger Farms; Paul Peacock Jr. Farm; John Staudinger Farm; James Hunter; James A. & Sharon Hunter Farm Partnership; Christopher Barrett Hunter; Barrett Hunter Farm; Ida P. Drury; Donny Edwards; Tuff Acres Farm Inc.; Donny Edwards Farm; Jerr Farms Inc.; Charles R. Burress; Lois T. Dennington; Lois B. Thomas Farms, A Partnership; Tom Grumbles; TTG Farms, LLC; CTJ Farms / EH Toll Land; Tony Lynn Brown, Sr.; Tony Brown; Leonard Jones; Hazel Riley; Hazel Riley Farm; Jimel Farms; Jon Cypert; Cypert Farms; Arthur C. Moore; Simmons First Trust Company, N.A., as trustee for B.O. Guenther Trust; Simmons First Trust Company, N.A., as trustee for George B. Ryland Family Trust; Simmons First Trust Company, N.A., as agent for Cobb Farms, Inc.; Simmons First Trust Company, N.A., as trustee for D.R. Chronister Trust; Simmons First Trust Company, N.A., as agent for Amy Langford Quattlebaum Trust; Simmons First Trust Company, N.A., as trustee for Louise Fish Trust; Simmons First Trust Company, N.A., as agent for C.H. Clowers & Co., Inc.; Simmons First Trust Company, N.A., as trustee for Jennings A. Smith Trust; Simmons First Trust

Company, N.A., as trustee for Harry F. Appleberry Trust; Simmons First Trust Company, N.A., as agent for Banks Heirs Partnership LLP; Simmons First Trust Company, N.A., as trustee for Banks, Blackwell, Pedrolie LLP; B.O. Guenther Trust; George B. Ryland Family Trust; Simmons First Trust Company, N.A., as agent for Cobb Farms, Inc.; D.R. Chronister Trust; Simmons First Trust Company, N.A., as agent for Amy Langford Quattlebaum Trust; Louise Fish Trust; Simmons First Trust Company, N.A., as agent for C.H. Clowers & Co., Inc.; Jennings A. Smith Trust; Harry F. Appleberry Trust; Simmons First Trust Company, N.A., as agent for Banks Heirs Partnership LLP; Banks, Blackwell, Pedrolie LLP; Robert Gammill; Smokey Alley Farms Partnership; Clint Cook; Cook Farms Partnership; Ransom Arnold; Randolf Farm; C.B. Harriman; H.E. Farms Partnership; Lawrence Browder; Poor Boy Seed Ptr.; James F. Holmes; Holmes Farms, LLC; Don Vaught; Vaught Family LLC; Don & Eileen Vaught Revocable Trust; Bar S. Grain Co., Inc.; C&K Farms, Inc.; Charles Stock; Charles L. Stock Farms; Carolyn L. Stallings, as representative of Carolyn L. Stallings Revocable Trust; Dan Boothe; Matt Perry; Matt Perry Farms; T.M. Perry Farms; Timothy R. Bednar, individually and as representative of Joseph R. Bednar, Jr. Estate; Rayanne Bednar; Susan Lisko; Frank & Susan Lisko Farm; Frank Lisko Seed; Wolf Creek Farms, Inc.; Daniel J. Hooks; Paul Eugene Hooks; Lorinc Family Trust; Ronnie Hackelton; R&K Farms, Inc.; Hackelton-Gammill Farms Inc.; C.W. Crowly; Rick Holmes, individually and as representative of Mary A. Rush Irrevocable Trust and Gale D. Rush Irrevocable Trust; Holmes & Son, Inc.; Vickie Holmes; Roy Greenwalt; Leda Greenwalt; Lynn Sickel; Sickel Farms, Inc.; Louise C. Sickel Q-Tip Trust; Horace Sickel Revocable Trust; Andrew Sickel; Alan Sickel; Everett L. "Buddy" Hall, Jr.; E.L. Hall Farm, Inc.; Lois Omega C. Miller, as trustee of Eugene Miller Land Trust; Gaylon Eugene Miller, as trustee of Gaylon Eugene Miller Trust; Eugene Miller; Eugene Miller Farm; Mason Sickel; Verlin James Wilson; James Brandon Wilson; Kelly Moore; Ed Chudy; Frances Chudy; Royce Johnson; Burnell Minton; Larry F. Bednar; Double B Planting Company, Inc.; Melvin F. Hula, Jr.; Cathy C. Hula; R. Joseph Sabbatini; Dean Hahn; Will Hahn; Hahn Farms; Slovak Water Tower Farm; Gilbert Hahn; Jimmy Price; Dennis Price; Grady Miller; Grady Miller, LLC; JTR2, Inc.; Janice Reidhar; John Reidhar, II; Johnny & Janice Reidhar Farm; Janice Reidhar Farms; John Reidhar, individually and as representative of E. C. Herak Family Trust; Emma Bell Herak; Jeffrey T. Reidhar; Julie Reidhar; Mark Lisko; Lisko & Lisko, Inc.; MEL Farms, Inc.; Kevin Rounsavall; Frank Halijan Jr.; F & F Farm; Triple H Farm; Brenda Halijan; Thomas Uhiren; Uhiren Farms, Inc.; Idena Greenwalt; Greenwalt Farm

Management; LLC; Alyce Weaver, as trustee of Alyce Weaver Living Trust; Bert Greenwalt; Greenwalt Company; Connie Chudy; Rooker Chudy; Donald S. Morton; Donald S. Morton Farms; Sharon H. Derden, as representative of Raymond Hahn Farm; Sharon H. Derden, as executrix of the estate of Pauline Hahn; Frank L. Chudy; Chudy Farm; Nancy Kocourek; Robert A. Porbeck; Shudy Family Farms, LLC; Eddie Ciganek; Terry Ciganek; Ciganek Brothers; William M. Dorough; Frances Dorough; Thomas Lisko; Lisko Farms, Inc.; Edward J. Lisko; Roger Lisko; R.J.L. Farms, Inc.; Caviness Farms Partnership; Kenneth Caviness; David M. Hardke, individually and as trustee of E. E. Milton Family Trust; Nita G. Hardke; Kristi Deshon Millard; Marie H. Pinter; Philip J. Pinter; SMP Limited Partnership; Charles J. Proctor; Sara M. Proctor; Proctor Tire Service, Inc.; Mary Louise "Dolly" Sokora; Mary Louise "Dolly" Sokora Agency; Mary Sokora Family Trust; Rick Sokora; Marty Perkins; Perkins Brothers Partnership; Four Perks, Inc.; Perkins Farm, Inc.; Robert L. Perkins, Sr. and Sons, Inc.; Thomas Simmons; Cheney Investments, LLC; Bill Pich; Pich Farms, Inc.; Wil-Mar Corporation; Dan J. Rieke, as trustee of O. L. Simmons Trust; Frederick Lisko; FBL Farms, Inc.; Phil Petrus; Petrus Family Limited Partnership; Kenneth Bennett; DK Bennett Farms, LLP; G & M Bennett Farms, LLP; Tanya Johnson, as trustee of T. B. Toll Family Trust; Kenny McFarlin; Lisa McFarlin; Ky McFarlin; Dan J. Rieke, as trustee of J. C. Sanders Trust; Frances Caviness; V.M. Skarda Farm Family Partnership; Jason Simmons; J & J Farms; Dan J. Rieke; P.K. Carter Farm, LLC; Ronnie Simmons; Simmons & Son; J & R Simmons Farms, Inc.; Steven Chambers; Joshua, LLC; Ollie Ann Bohannan; Sharon Morton, as trustee of Mae Simmons Estate; Emil McMullen; Patsy McMullen; McMullen Farms; Davis Bell; Cornerstone Partnership; Kenneth Foot; Three Foot Farms, Inc.; Stephen Paul Lisko; Shaila E. Lisko; Dan J. Rieke, as trustee of Wesley Skarda Trust No. 2; Dan J. Rieke, as trustee of the Estate of Vivian Beam, and F.B. & Vivian Beam Testamentary Trust; George Scott Sanders, as administrator of the Estate of Ruby Sanders; Margaret S. Zimmerman; Sims Family Partnership; Scott Sanders, as trustee of the Estate of Dorothy Bogaard, and Dorothy L. Bogaard Living Trust; Carolyn Brakensiek; Franklin Skarda; Frank Skarda Farms; Charles Haynes; AM Skarda Partnership; Albert M. Skarda Estate Partnership; Randy J. Skarda; Seth M. Skarda; R & S Skarda Farms; Triska Farm Partnership; Sue Carter; V.A.C., Inc.; Rozan C. McFadden; N.B.A. Farms, Inc.; Randall L. Gammill; Estate of Virginia Holtzendorff; Dianne S. Cox; Jerry Lee Bogard; Midland Rice, LLC; Midland Agricultural Technologies Limited; Ruth Palmer; Robert L. Palmer; John Earl Clifton; Susan L. Brown; Backwater Farm Inc.; Irving S. Greer, as trustee of the

I.S. and M.P. Greer Survivors Trust; Irving S. Greer, as trustee of the I.S. and M.P. Greer Exemption Trust; Shirley Furlong Wambach; Robert C. Williams, M.D.; Williams Kline, LLC; Hal P. Smith; Kenkel Farm; William W. Smith; Robert G. Read; Alice T. Ramsey; Sandra L. Schultz; Rob Wessel; Red Oak Farms, LLC; Thomas Martin, as executor of the estate of Jessie Marcella Martin; Thomas Martin, as beneficiary of the Jessie Marcella Martin Revocable Living Trust; Judy Menke, as beneficiary of the Jessie Marcella Martin Revocable Living Trust; Thomas C. Martin; Judy A. Menke; Larry Lowe; Rebecca J. (Weber) Daniels, landowner of Tombaugh Farm; Dale Moore; Cecil Williams; Bardee Enterprises, Inc.; Patricia Dudley-Gangwere, individually and as representative and beneficiary of the estate of Katherine Dudley, Winona Abanathy Michael Price; C M Farm; Larry & Patsy Patterson; Lynda Abanathy; Kent Smith; Betty Lee Sullivan; W.B. Ketchum; Julia Ann Glenn; Reid E. Weber, landowner of Tombaugh Farm; Latoya Turner; Cathy Gates; Kenneth Caviness – Cathy Gates; Dorothy Kasserman; Robert R. West; West Company Partnership; Frank Buckles; Katherine Buckles; Leslie E. Collier, as trustee of the Kirkland Greer Collier Trust; Lisa Birdwell; Leslie Collier, as trustee of the Louise Greer Collier Living Trust; John C. Bumpers; Bumpers Farms, Inc; Leslie E. Collier; Mark Holifield; Holifield Farms; Allen Walls; Susan Ferguson; Paul D. Weber, landowner of Tombaugh Farm; Lester M. Byrd;

PLAINTIFFS,

VS.

BAYER CROPSCIENCE LP;
BAYER CROPSCIENCE HOLDING, INC.; BAYER CORPORATION; BAYER CROPSCIENCE, LLC;
BAYER CROPSCIENCE AG, a German Corporation; BAYER AG, a German Corporation; BAYER BIOSCIENCE NV, a Belgian Corporation; BAYER CROPSCIENCE HOLDING, SA, a French corporation.
"JOHN DOE," an Individual,
and Unknown Individuals or Corporations A-P,

DEFENDANTS.

JURY TRIAL DEMANDED

**COMPLAINT**

Come Now the Plaintiffs in the above-styled Complaint and allege as follows:

1. Plaintiffs Kirk Brann, Kyle Brann, Roy Brann, Dustin Brann, Brann Brothers Partnership; A.L. Harris Jr.; Aaron Traylor; Adam Chastain; Allen Clarkson; A G C Farms; Allen Loveless; KDL Farms; Alma Catlett; Travis M Caldwell Family Trust; Angela Waldrip; Archie Stephens, Jr.; Barbara Caudle; Barry Lawrence; Lisa Lawrence; Barry & Lisa Lawrence Farms; Lawrence Agri; Bill Carnathan; Gere Carnathan; Carnathan Group; Bill Ragan; Ragan Farms; Billy Don Hinkle; Billy Hinkle Farms; Billy Hill, Sr.; Billy Hill Sr. Farm Partnership; Billy Jayroe; R&V Hall Partnership; Blackfish Flyway Farms, LLC; Bob Billingsley; Bob Billingsley Farm; Bob McCrery, AKA Robert C. McCrery Sr.; Bob & Linda McCrery Farm; Bobby D. Brown; R & B Farms; Bobby Hoard; Hoard Farms General Partnership; Bobby L. Jackson; Jackson Farm Partnership; Bobby Neal Grady; Bobby Grady; Bobby Swanson; Swanson Farm Partnership; Boyce Hill; Brad McKnight; Kristiana McKnight, Faith Farms Partnership; Brenda McGraw; Brent Davis; Stephen Davis; Stephen & Brent Davis Farm Partnership;

Brian Karnes Farms; Brian Karnes; Triple K Farms Partnership; Brian Stoner; Belle Nelle Farms; Bruce Swindle; Swindle Farms Partnership; Buron Griffin Jr.; Tracy Griffin; BG & Tracy LLC; Buron Griffin Sr.; Buron Griffin Farm Inc.; Burrow Farms, Inc.; Burrow Brothers Farms; C.C. Gibson; Cliff Gibson, on behalf of C.C. Gibson Properties, Inc.; Katharine G. Wells; C.E. Newman, Jr., individually and as beneficiary and representative of C.E. Newman, Sr. Trust #2 and C.E. Newman, Sr. Trust #3; Calvin Wayne Chastain; Carl Burrow; Burrow Ag. Inc.; Carl Loewer; Carl Loewer Farming Company; Barbara M. Loewer; Carlos Nash; Rusty Cartillar; Cartillar Farms Partnership; Cartillar Hwy 37 Farms, Inc.; Cartillar, Inc.; Chad Hornsby; Chad Hornsby Farm; Charles Randy Jones; Charles S. Walker; Chris Hodge; Chris Hodge & Sherell Hodge J.V.; Chris Roberts Farms; Chris Roberts; Delta Terre Planting, LLC; Chris Thompson; Thompson Farms; Claud Meredith; Cleo D. Cain; Joyce Cain; Cliff Thomas; Williams Farms Partnership; Daniel Anderson; Leslie Anderson; Anderson Farms; Darrell Gore; D & D Gore, a partnership; Darryl Schlenker; David B. Wilkison; David Hylle; Hyco Farms Partnership; David Walker; David Wilkison; D & D Wilkison Farms, Inc.; Dena Nash; Dennis L. Stephens; Derward Byrd; Dewey King; King Farm Partnership; Dewitt Fortune; Dolly Bernadine Henderson; Henderson Farm; Don Speck; Don Speck Farm; Don Taegtmeyer; Taegtmeyer

Farm a Partnership; Ella Reeves; Donald R. Carlow; Tyson Family Trust; Tyson Farms; Donald Valentine; Benwood Farms; Donald Wilkison; Ronnie Carey; Hallwood Milling; Donnie Reddmann Farms; Inc; Donnie Reddmann; D & R, Inc; Donnie Wilkison; Dorothy H. Mitchell; Douglas Gore; D & E Gore, a partnership; Doylene Hinze; Cox & Hinze Farms, Inc.; Double 'H' Farms, Inc.; Earl Walker, Jr.; Walker Farms Ninety-Six; Eddie Taylor; Elmer H. Taegtmeyer; Emaline Holleman; Estate of Ray Fuller; Eugene Mitchell; Mitchell Farms; Eva Hall; Everett H. Mason, III; Bo Mason Farms; Double K Farms; F. Mike Wood; Southwood Farms; F.C. McClellan, Sr., as trustee of the F.C. McClellan and Bessie McClellan & Logan Jackson Trust; F.C. McClellan, Sr., as trustee of the F.C. McClellan and Bessie McClellan Family Trust; F.C. McClellan, Sr.; McClellan Farms, Inc.; Faye Clayton; Anna Gailey South; Anna Gailey North; Flatland Farms, Inc; Frank Swanson; Frank Swanson Farms Partnership; G.T. Lalman; Triple L Farms, Inc.; Gadwal Farms; Gary Bennett; Carolyn Bennett; Gary & Carolyn Bennett; Gary F. Smith; Gary Skinner; Gary and Lorrie Skinner Farms, Partnership; Gaylan Loveless; Eugene “Gene” Dover; Gene Harris; Gerald Jackson; G-Ron Farms; Kacey Farms, Inc; Gilbert Bonner, individually and as trustee and representative of Prine Family Trust; Gladys Wimberley; Gladys Taylor Trust; G-Layne Farms, Inc; Grant Hampton; Grant Hampton Three

Brothers Farm; Grizzle Brothers Inc.; Harold Mason, Jr.; Mason Farming; Heber B. Hughes; M.J.O., Inc; Henry Dale Jayroe; Henry Dale Jayroe Farms; Henry L. Stewart, Jr.; Stewart Farms; Herman Higgins; Heritage Farms; Holly Hickman; Holly Hickman Farms; Howard Fitts; Howard Fitts Farms; Hubert Ragsdale; Double R. Farms; J. H. Carroll Family LLC; J. Leaborn Ellis; Leaborn Ellis; J.M. Reddmann; Jack Gentry, as trustee of the Elmer Reeves Testamentary Trust; Jesse B. Daggett; Daggett Farms Limited Partnership; LMD Farms Limited Partnership; James M. Hubbard, Jr.; Double H Farms; James S. Taylor; Red Oak Farms; James W. Meador, Jr.; James Williams; Janice Williams; Williams Farm; Jay Hinkle; Jay Hinkle Farms; Jeff Carnathan; Chris Carnathan; Beaver Bayou Partnership; Jeff Erwin; Jeff Hickman; Jeff Hill; Hill Brothers Farm Partnership; Jerry Boeckmann; Three Boeckmann Farm II, a Partnership; Jerry Herron; Sandra Herron; Herron Farms Partnership; Jerry Rushing; Rushing Farms Partnership; Jim Carroll, III, as trustee of the Jimmy & Ella Mae Carroll Revocable Trust; Jimel Farms, Inc.; Jon Carroll; Swamp Poodle Farms, Inc.; Jimmy Neal Bickerstaff, as trustee of the J.N. Bickerstaff Revocable Trust; Joe & Colleen Kyle; Joe-Co Farms; Joey Taylor; Joey Taylor Farms Partnership; John D Bridgeforth; John Hinkle; John Peeples, III; Peeples Enterprises, Inc.; John R. McFarland; C & M Farms Inc.; Energies Unlimited, Inc.; John Rial; Rial Farms Partnership; Jonathan Vanderburg; Judy

Nash; Judy Nash Farm; Justin Martin; Keith Jones; Wilma Jones; J & J Farms; Keith Coffey; Coffey & Hess Partnership; Keith Freeland; Freeland Farms Partnership; Keith Thomas; Keith Thomas Farms of Cherry Valley, Inc.; Keith Wilkison; Dial Creek Farms, Inc.; Kenne R. Long; Kenne Long Farm; Kenneth Byrd; Kevin E. Mooney; Big Earl Farms; Kevin Thompson; L. R. Phillips; R & D Farms Partnership; LA Farms; Inc.; Lannie Jumper; Jumper Partnership; Larry Ashburn; Ashburn Farms, Inc.; Fair Oaks Farm Partnership; Larry Melvin; Melvin Farms Partnership; Melvin Farms, Inc.; Larry Nash; L & J Farms Partnership; M Real Estate, LLC; Laurence Hylle; Dybedal Farms; Leslie T. Brown Farms; Leslie T. Brown; Leslie T. Brown Partnership; Leslie Williams; Sean Williams; Loewer Oaks Farms, Inc.; Loranzo Jordan; Jordan Farms; Louise W. Miller; Lynne S. Newman; Mark Gerrard; Mark Gerrard Farms; Mark Waldrip, individually and as representative of Lowell E. Waldrip; Waldrip Farms, Inc.; Rosa Mae Eason, as representative and trustee of Freemont D. Eason Irrevocable Trust; Rosa Mae Eason, as representative and beneficiary of Rosa Mae Revocable Trust; Marty Williams; Williams Farm Partnership; Mary F. Henderson; Mary Jane Farm, Inc.; Matthew Marsh; Maurice Stutts; Maurice Stutts, Inc.; Max Long; Max Ramer; Robert Ramer Farms; Melody Cain; David Cain; David & Melody Cain Farm; Michael Chappell; Lisa Chappell; Michael & Lisa Chappell Farm; Michael

Graves; Susan Graves; Graves Farm Partnership; Michael L. Walker; Michael Traylor; Mickeal Davis; Valley Mills Inc.; Mid-Delta Planting Co. LLC; Mike Robinson; Bridget Robinson; Mike Slabaugh; Lakeview Farms Partnership; Mike Wampler; Wampler Farm Partnership; Mike Wood; Mike Wood Farms Inc.; Wilbur Wood Farms, Inc.; Mildred Jones; Jones Farm; Mitze McKnight; Mitze McKnight, Inc.; Neal & Edith French Farm; Neal French, as trustee of the Neal French Family Revocable Trust; Norman Caudle; Ophelia Broadway, individually and as representative of Julius L. Broadway; Otha Bunch; Bunch Farms; Otis B. Adams; Adams Farm Partnership; Philip Thompson;

Phillip J. Jackson; Joe Jackson, AKA Phillip Joseph Jackson II; R & L Wilkison Farms; Inc.; R.R. Kemmer; R.R. Kemmer Farms; Randall L. Marsh; Dorothy Marsh Trust; Randy Marr; M&M Farm Partnership; Randy Marsh; Marsh Farms; Ray Caldwell; Travis Marshall Caldwell Family Trust; Raymond Davis; Reid and Lynn Grizzle Partnership; Reid Grizzle, individually and as representative of H.M. Grizzle Trust; Lynn Grizzle; C.C. Grizzle Family Partnership; Retha Stephens; Last Chance Partnership; Richard Imboden Farms Partnership; Richard Imboden; Carolyn Imoboden; Richard Sisk; Penndale Farms Partnership; Rick Hampton; Rick Hampton Farms; Two Rivers Agri.; Rickey Stutts; Rambling Acres Joint Venture; Rickey Stutts; Inc.; Ricky L. Jacobs; Jacobs Farms Partnership; Rita Faye

Ragsdale; Robert Donovan Farm; Robert McCain; McCain Farms, Inc.; Roger Charles Thompson; Thompson Brothers Farm; Roger McGraw; R and B Farms Joint Venture; Roger Wilkison Partnership; Roger Wilkison; D & R Wilkison Farms, Inc.; Roland McGruder; R & B McGruder Joint Venture; Ron Hall; Ronnie Reddmann; Ronnie Reddmann, Inc.; Russell Bonner; Arrowhead Farms II; Ryan McGruder; Ryan McGruder Farms; Sammy Meador; Samuel Darrell Vaught; Vaught Farms General Partnership; Samuel Eric Vaught; Samuel L. Medford; E L & Samuel L Medford Partnership; Mallard Farms A Partnership; Schlenker Family Farms, LLC; Schlenker Farms, Inc.; Scott Everett; Omni Omega Planting Company; Seth Hampton; Seth Hampton Farms; Shane Hinze Farms; Shane Hinze; Shime Farms Partnership; Stanley K. Chastain, Jr., individually and as the personal representative of the estate of Stanley Chastain Sr.; SKT Farms; Stephen Greg Fortenberry; Greg Fortenberry Farms; Sterling W. Tucker Trust; Steve Covington; RE-LO Farms a Partnership; Steve Edwards; Steve Meacham; Mary K. Meacham; Meacham Farms; Steve Williamson; Williamson Bros. Inc.; Susan Mauldin; Lewis Mosley & Raley; Susan W. Taylor; S & C Farm, Inc.; Sylvia Phillips; Tanya Hill; Terry R. Fuller; Ray Fuller Farms, Inc. D/B/A Fuller Seed & Supply; Tony Clegg; T & G Clegg Family Farms, Partnership; Tracy Griffin; Trenton Wayne Vance; Valco Farms; Vaughn McCollum; Riverdale Farms;

Vernon Thweatt; Thweatt Farms Partnership; Victor P. Hinze; Water Fowl Farms; Wayne Loewer Farms; Wayne Marr; Wayne O. Traylor; Wayne O. Traylor Farms, Inc.; Wendy Vance; Vance Farms; Wesley Harvey; Harvey Farms Partnership; Wilburn Howton, individually and as representative of W&R Howton Holdings Partnership; William F. Curtis, Jr., as trustee of the William F. Curtis Jr. Revocable Trust; William Oltmann; W & W Partnership; William W. Bond, III; Pintail Partners; Willie Oxner Farm; Willie Oxner; Oxner AG Partnership;

are residents of the Cross, Lee, Monroe, Phillips, St. Francis or Woodruff County, Arkansas and/or business entities doing business in Cross, Lee, Monroe, Phillips, St. Francis or Woodruff County, Arkansas – all within the Eastern District and Eastern Division of Arkansas. 4-J Farm; John Alter; Miller Farms Partnership; Kay Beatty; Kaydan Farms, Inc.; Alkay Farms, Inc.; BobKay Farms, Inc.; Ricky Block; Sandra Block; Terry Dan Bullock; Steven E. Bullock; Deborah Clegg; George Clegg; Adelma R. Elder; Elder Family Partnership; James E. Elder; Viki L. Elder; Don Elder; Mary Kathryn Elder; James Frank Elder; Jerry Miller; J & M Farms, a partnership; Parker Eubanks; Eubanks Brothers Inc.; R-J Eubanks; C-R Eubanks; Eubanks & Eubanks; Eubanks & Sons; Paul Wayne Smith; Foxlane Farms Inc.; Nadine French; Lafko Farms Inc.; S&R Farm, Inc.; Danny French;

D&T Farms, Inc.; Karin French; Kat Farm, Inc.; Teresa French; M&T Farms, Inc.; Mike French; Steven Arzo French; Arzo Farm, Inc.; Perry Pfaffenberger; Kenneth Graves; Emery Hughes; Joey McCorkle; J&L Farm, a Partnership; McCorkle Farms, Inc.; Tyronza Cutoff Farms, Inc.; L.B. Abernathy; Barasha Farms, Inc.; KBob Farms, Inc.; Kenneth Padgett; Padgett Farms; Chris McCorkle; LCM Farms, Inc.; Joseph McCorkle II; M&S Farms Partnership; Mitch Miller; Bart Minton; Bart Minton Farms; Brooks Minton Jr.; Brooks Minton Jr. Farms; B&G Farms Partnership; Greg Minton; Minton Farms Inc.; Dudley R. Webb Jr.; Dudley R. Webb Jr. Farms, Joint Venture; Faye E. Morris; Stracener Farming Company; Eulus E. Evans; Eulus Evans Farm (AKA Evans Farm; Evans Farm #1941; and E.E. Evans); Curtis Nash; Gumbo, Inc.; Jacques Parker; Otis Parker Trust A; J-Dog Inc.; Pocket Prairie, Inc.; J-Bran Inc.; Chad Webb; Aaron Webb (AKA Roger Aaron Webb); Mary Webb; Roger C. Webb; David L. Stracener; David & Johnny Stracener Farms Partnership; D.L.S. Farms, Inc.; Case Farm; Terrance Henry; Johnnie Stracener; William Whitehead; Whitehead Farms; Brad Whitehead; Brad Whitehead Farms Partnership; Larry Alberson; Alberson Brothers Farm; Luchen Walls; Walls & Son, Inc.; Lucky 13 Farming Co. Inc.; Walls Farming Co. Inc.; Tommy Coleman; Coleman Brothers Farm Partnership; Jimmy Nipps; NIPCO Farms Partnership; Nipps Brothers Partnership; Brad Rice; Rice Brothers Farms;

Larry Petit; Down Town Farms; Orlan Roper; Roper Farms (AKA Orlan Roper Farms Partnership); Cara D. Parker; C. Parker Farms; Charles K. Parker Jr.; John A. Petrus; James Wallace Phillips; Phillips Farms; Jerry Rye; Rye & Sons, Inc.; Preston Hamilton; Preston Hamilton Farms, Inc.; Shane Hamilton; SPH Farms, Inc.; Ronald Schafer; Edward Schafer & Sons; Fuzzy Farms, Inc.; RBD, Inc.; Roger Schafer; RED, Inc.; Wingtip Farms, Inc.; Kaleigh Thompson; Aldan Farms, Inc.; Danzie Farms, Inc.; Terese Thompson; M&F Farm, Inc.; N&K Farm, Inc.; Richard Tindall Sr.; Rich-all Farms Inc.; Jace A. Tubbs; Jerred H. Tubbs; Darin Walton; Walton Agco.; Harold West; Joann C. West; Elbert Schafer; Heath Whitmore; Kirk Whitmore; Whitmore Farms; H and K Farms; Donald Max Blagg; Seep Ditch Farm, Inc.; Blagg Farms Partnership; Donald Max Blagg Farms; David Carter (AKA Johnie David Carter); David Carter Farms; Addie Clingmon; Clingmon Farm 3169; Thurmon Clingmon; Clingmon Farm 3170; Douglas Clingmon; Clingmon Farms; Edward Clingmon; James Clingmon; Loretta Clingmon; Mae Clingmon; Marilyn Clingmon; Steven Daniel Craig; Daniel Craig Farms; Steve Craig; Delta Ridge Farms, Inc.; Riverbend Farms, Inc.; Gregg Crouch; Crouch & Crouch Farms Partnership; Hwy. 158 Farms; C.E.D. Farms; Gene Crouch; Nelson Crow; Nelson Crow Farms LLC; The Crow Corporation; D & J Crow Farms Inc.; G & N Farms, Inc.; Scott Day; Harold Finch; Harold and

Rita Finch Partnership; Cleveland Freeman; Joyce Freeman; Robert Dockery; Wilma L. Carlock; Wilma Lee Carlock Revocable Family Trust; Darrell Henderson Jr.; Biggs Planting Company, Inc.; Magnum Farms, Inc.; David House III; Butch House Farms, Inc.; Earl Bennett; Bennett & Sons; Tracy Borgognoni; Borgognoni Farms; James Branch; Joey Greenway; J & V Farms, Inc.; G & G Farms Partnership; Ricky George; George Farms, Inc.; Kevin Gerlach; Gerlach Farming; Tommy Parker; Jason Parker; Parker & Parker Farms; Triple Creek Farms; Thrifty Farms; William Chris Hatch; Hatch Farms; Anghatch Farms; Mike Hardke; Hardke Farms Partnership; Larry Neal; Neal and Neal Farms, A Partnership; Timothy Murphy; Murphy Farms, A Partnership; Susan L. Mencer; Addie L. Petrus; Bobby Petrus; Michael Pieroni; Pieroni Farm Inc.; Lake Port Farms, Inc.; Jon C. Plafcan; Long Prairie Farms Family Trust; Josh Lassett; JWL Farms, Inc.; L&P Farming, Inc.; Bill Lassett; Lassett Farms, Inc.; Lott Johnson; Johnson Farm; Orelan Johnson; Orelan Johnson Farms Inc.; Tomberlin Farms Inc.; Bayou View Farms Inc.; W.A.R. Farms; Brandy M. Jones; Emanuel Jones; James Mahomes; James Ray Martin; Rick Martin; James R. Mead; Robert Miller; Robert B. Miller & Son General Partnership; George L. Morris, individually and as beneficiary of and representative of George Morris Revocable Trust; George L. Morris, as beneficiary of and representative of Vivian Mosby Living Trust; Vivian

Mosby, individually and as beneficiary of and representative of Vivian Mosby Living Trust; Dennis Parker; Gary Parker; Pauline Parker; Brandon Parker; Alma Richard; Carla Richard; Chris Robertson; E & G Farms; Goosehead Farms; Webfoot Farms; Mounds II; Charles R. Strange Jr.; Chobs Farms Inc.; Coy Sutton; Jody W. Sutton; Gerald W. Sutton Sr.; G&C Farms Inc.; James V. Webb; Webb Farms Partnership; James V. & Cathy M. Webb Joint Venture; Dudley R. Webb Sr.; Juanita Webb; Dudley R. Webb Sr. Farm; David M. Yocum; Yocum Farms Limited Partnership; Alice-Sidney Farms Limited Partnership; Edward H. Young, Sr.; Cynthia Lewis; R.P. Lewis Farm Limited Partnership; Lois Bullington, as beneficiary of and representative of the estate of Homer Bullington; Leon Harris, Jr., individually and as the personal representative of the estate of Leon Harris, Sr.; James A. Boyt; Baxter Brothers Farm; David L. Woods; Alexander Cale Block; Bennie Collins; Jerry Brandon Clark; Brandon Clark Farms, Inc.; Jim Cole; J.B. Ketchum; Jack Wheat; Ketchum-Wheat-Ketchum; William J. West; Westbung Farms; Gary Canada; Hanna Canada; BC&D Farm Corporation; GRC Properties Limited Partnership I; Broadview Planting Co., Inc.; Naomi Jean Prange; Jean Prange Revocable Trust; Fish Lake Farms; Steve Pharr; Gene Pharr; Pharr Farms; Jamey Price; Waterloo Farms; Greg Gasaway; Clint Gasaway; Clint Gasaway Farms; Jade Farms, Inc.; Chase Farms, Inc.; G&L Gasaway Farms; Larry Gilley; R

& G Farms; Ricky Davis; Trulock Bay Farms; William Day; Michael Tyler; Michael Tyler Farms; Chris Tacker; Chris Tacker Farm; Tacker Brothers Farm; Inc.; Tacker & Danforth, Inc.; Harold Tyler; Damon Tyler; Tyler Brothers Partnership; Tyler Farms, Inc.; Michael Gordon; Gordon Farms; Robin Neal; Gordon Neal Farms; Steve and Michael Watkins, on behalf of Watkins Farm, Inc.; Seth Watkins; Norfleet L. Hill; Norfleet & Velma Hill Farms Partnership; Jason Smith; SMS Planting Company Partnership; Daniel Hill; Daniel Hill Farms; James Hill; Hill Farms Partnership; Farel J. Byrd; John Dale Byrd; Circle J Farms of Lee County, LLC; Lou Byrd; William Byrd; Joanna Mcleod; Ralph L. Cazer, Jr.; Ralph L. Cazer, Jr. Farm; Dwight Ellis; Dwight Ellis Farm Partnership; Clint Henderson; Clint E. Henderson Land Company; Henderson Land & Cattle Company; Wesley Minchew; W & R Minchew Farm, Inc.; Village Road Farms, Inc.; Jack Keller; Craig Keller; Mary L. Mencer; LTA Farm Partnership; Pat H. Henderson; Pat H. Henderson Farms; Tony Sauser; Four Amigos Farms, a partnership; Winn Henderson; Winn Henderson Farms; Don Kittler; Big D Farms; Kittler Planting Company, Inc.; Kellmer, Inc.; Culler Farms, Inc.; Wright Planting Company, Inc.; Don L. Kittler Farm; Chris Riggs, on behalf of C & T Farms Partnership; Becky R. Johns; David Johns Farm; Hayden Harper; Harper Farms Partnership; Bob Young; Bob Young Farm, Inc.; Dennis Crow; M&D Crow; D&J Crow; Neal Crow;

William Keller; Keller Farms Partnership; R.D. Selby, PRN; Selby Farms; RD Doris Joint Venture; Mike Humphreys; Humpco Farm Partnership; Ned Sampolesi; Sampolesi Farms Partnership; Seth Ferri; Seth Ferri Farms; Mike Adams; Mike Adams Farms; Jerry Seamans; Chicot Farms LLC; Jonathan Moreau; J&M Farms; Chris Selby; P.T.C. Production, Inc.; Crop Production; Fourstar Partnership Farms; Bobby H. Miller; Murrell C. Clark; Scott Young; Dogwood Farms; Tad Keller; Ward Bayou Farms, Inc.; Keller Farming, Inc.; Aaron Shadell; Hubert Norris; Hubert Norris Farms, Inc.; Coyote Farms, Inc.; Agrarian Ventures, Inc.; Alton Tyler; Wayne Davis; J & W Farms; Barry L. Massengill; Massengill Farms Partnership; Benjamin Wilson; Jimmy L. Wright; Wright Farms Partnership; Jack Shell; Woodberry Farm, Inc.; Shell Land Corporation; Shell Farms, Inc.; William E. McMullen, Jr.; S & E Farms, Inc.; M & L Farms, Inc.; William E. McMullen, III; Trey McMullen Farm; Jeremy Cunningham; Joe Drace; Joe Drace Farms, Inc.; Dramer Farms, Inc.; WWD, Inc.; JGD, Inc.; Will Drace Farms; Brandy Drace; Brandy Drace Farms; Wade Drace; Wade Drace Farms; Kenny Falwell; Eagle Lake Farms; Danny Bullock; Danny Bullock, Inc.; Billy Paul Bullock; Billy P. Bullock, Inc.; Bullock Farm Partnership; David Bullock; David Bullock, Inc.; Brittney Watkins; Justin Watkins; Scott May; Maurice Watkins; M.M.J. & J. Farms, Inc.; William L. Evans; Evans Brothers,

Inc.; Evans Farming Company Partnership; James D. Evans; James David Evans Farming Partnership; Evelyn Heien; Alfred & Evelyn Heien Farm; Henry Watkins; Portis Mercantile Company of West Ridge, Inc.; Roger Jones; Jones Farms Partnership; Scott Arnold; Portis Farms, Inc.; Harvey Howington; Howington Farms; H & M Farms I LLC; Robert Thomas; Triple T Farms; Thomas Farms; Billy Harris; Cathy Harris; George E. Beley; Sue J Beley Trust; John C. Stuckey; Stuckey Family; J C Stuckey Martial Trust; Robert Taylor Stuckey Estate; Taylor & Stuckey; Charles Burks; John C. Stuckey 3572; Natalie Stuckey; Cecil Stuckey Rose; Larry Joe Burns; Burns Farm; Joy Mason; David B. Inman; Byron David Brown; B & B Brown Partnership; R.E. Roe; Roe Farms Partnership; John Godwin; Godwin Farms Partnership; Tina S. Woods; Mark D. Woods; Randal Dillinger; Dillinger & Dillinger; Jerald E. Spencer; R.L. Spencer Farms, Inc.; R.B. Spencer Farms, Inc.; S & D Farms Partnership; A. L. Harris Jr.; Larry Wilson; Pat Norsworthy; Henderson Farms, Inc.; Henderson Planting Company; Norsworthy Land Company; John C. Norsworthy Revocable Trust; Bob C. Norsworthy Revocable Trust; Danny W. Richmond; Richmond Farms; Charles H. Carver; Carver Farm; Mary Ann Bell-Baxter; John W. Bennett; Prairie View Farms; Clifford Bennett Farms; Michael Oxner; Red River Farms Partnership; Joseph Edward York, Jr.; Sue Bullock; Bullock Farm East; Sue Bullock, Inc.; J. Frank

Smith; James L. Nichols Sr.; Ed Nichols Estate; Rick Little; Double L Farm, Inc.; M R L Farms Inc.; Dustin Little; Larry Paterson; Patsy Paterson; Greg King; King Farms Partnership; Terry Wayne; Clifton Westbrook Ollar; Ollar Farms; Karen York; Lloyd R. Evans; Evans 3 Farm Joint Venture; Pintail Farms, Inc.; J & L Farms, Inc.; E & K Farms, Inc.; J.D. Evans Trust; Nolan R. Evans; Open Throttle Farms, LLC; Sawmill Ridge Farms, Inc.; Rattlesnake Ridge Farms, Inc.; David Schug; Fitz, Inc.; David and Stacy Farms Partnership; Robin Boyd; Boyd Farms; Thomas G. Inman; Inman Bros. LLC; Inman Family Limited Partnership; Mary J. Alpe; Jansen Farms, Inc.; Valerie Underwood; Joe Underwood; Steve Lovett; S & L Farms, Inc.; Upper Pinchback Farms; Lou H. Bray; Marloubet Partnership; James Spencer; MCA Profit Sharing Trust; Randy Munnerlyn; Munnerlyn Farm; Lee Mizell; Mizell Farms; Ken Orlicek; Ken Orlicek Farms, Inc.; Sarah Orlicek, on behalf of Madge Richey Family Trust; James Bingham; James Paul Bingham; P & L Farms, Inc.; Bingham Farms, Inc.; Kenny Price; Jil Farms, Inc.; Kenny Price Farming Company Partnership; Mike Karr; Karr Farm Partnership; Benny Karr, III; Double K Farms; Benny Karr III Farm; Clyde B. Sexton, Jr.; Donald Pratt; Gale Brewer; H.E. Brewer and Sons; Earnest Heidlberger; DJCB Farm Partnership; William Jody Lyons; Jody Lyons Farm; F. H. Lyons, Jr.; F.H. Lyons Jr. Farm; Lyons Brothers, Inc.; F.H. Lyons, III; F.H. Lyons III Farm; Jerry L.

Smith; Edra Perry Parker; Edra Perry Parker Farms; Charles Perry; C P Farms General Partnership; Chris Parker; Chris Parker Farms; David Cline; Clines Farm Partnership; A.H. Tucker; James T. Butler, II; Second Fortune Farms, Inc.; Iron Gate Farms, Inc.; No Tears, LLC.; Jerry R. Smith; Jerry Smith Farms; Daniel Casebier; Casebier Farms Partnership; CD & M Farms Partnership; Ronnie B. Cox; Cox Pirani Farms; Robert B. Holthouse, Jr.; Holthouse Farm Partnership; Murray Henderson; Henderson Ag Service, Inc.; Guilford M. Dudley, individually and as the personal representative of the estate of Katherine Dudley; Guilford M. Dudley IRA; Billy E. Scroggins; Scroggins Enterprises, Inc.; Thomas S. Lovett, III; TSL Lands Inc.; Betty A. Scroggins; Overflow, Inc.; Randy Hill; Melody Hill; Gwen P. Fischer; Woodrow Cummins; Cummins Brothers Farms, LLC.; Mickey Brown; Triple B Farms; Billy Don Weitkamp; Kevin Weitkamp; Bill Weitkamp; Weitkamp Farms; Scott Mitchell; Mitchell Farm Partnership; Evelyn Hauk; Hauk Family Limited Partnership; Virginia Mitchell; Virginia Mitchell Farm; Guy Mitchell; Guy Mitchell Farm; Joe Kyle; Joe Co Farms; Phil Yates; Caleb Farms, Inc.; Yates Farms Partnership; Madison Yates Farms; John French; John and Pam French Farms Partnership; Clifton Orick; Gary Capps; Gary Capps Farm Partnership; Virginia Sheppard; James Sheppard; Jimmy R. Smith; J & T Farms Partnership; Jimmy Huskey; Huskey Farm; Teresa A. French; Gary T. French;

Gary and Teresa French Farm Partnership; Ken C. Holt, Jr.; Ken C Holt, Jr. Farm Partnership; Jeremy Knight; J & D Farm Partnership; Cal Tucker; Cal Farm; Randall E. Wroten; Wroten Farms; Betsy Bowers; Alvin Starkey; Rick Johnson; Rick and Rochelle Johnson Farm Partnership; James M. Jansen; Jansen / Alpe Farms; Jan L. Bryant; Michael L. Bryant; Raymond Bryant; Bryant Farms, Inc.; Marie G. Warren; Michael K. Hale; Eddie Wright; Four Seasons Farm, LLC; Eddie & Denise Wright Family Farm; Todd Bartholomew; Todd and Lauree Bartholomew Farms; Todd Bartholomew Farms, LLC.; Donald Bowman; Bowman Farms Partnership; Arvil L. Jones; Cache River Farms Partnership; Steven Latta; Latta Farms, Inc.; Johnnie Longnecker, Jr.; Brenda Longnecker; Johnnie Longnecker, Sr.; Bennett Family Limited Partnership; J & B Farms Partnership; Tyrone Nash; Tyrone & Sonia Nash Farms, Joint Venture; John E. Stewart, Sr.; CFS Farm; John Stewart; Robert Hegerman; Ronald Edwards; Edwards Farm; Janice Currie; William L. Currie, III; Currie Farms; Lucille B. Eifling; Lakeside Plantation Farm; James L. Gibbs; G 3 Farm; Charles Toombs; Toombs Farms; Betty S. Loewer; Stewart Farms; Otto J. Loewer; Ben Karr, IV; B & M Karr Farms; Charles Robertson, Jr.; CCR Farms; Barry Walls; Walls & Walls General Partnership; The J Kids Farms; JEN Farms; Whitehall Feed Grains; Patricia Ann Holloway; H & H Farms; Emmet Torian; Wendell Saffell; Wendell; Fredd (or

Freddy) D. Scroggins; Scroggins Fish Farms; Scroggins Gen Partnership; Triple S Partnership; Ronald Saffell; Scott Fowler; Robert L. Hixson Jr.; Hixson Properties LLC; Triple H Farms, Inc.; NHC, Inc.; Prairie Wings Properties; Martha Hixson; Hixson Farms, Partnership; Randy Norris; Phyllis Young; Vern Young; Todd Young; T & C Farms; TLC Farms LLC; Ken Fisher; Tonia Garza; Tonia Garza Farm; Mike Kieffer; Mike & Linda Kieffer Farms, A Partnership; Linda Kieffer, as representative of Collco Inc. and Joan Ratton; Linda Kieffer, as representative of George Smith; Seth Kieffer; Kieffer Family Limited Partnership; Matthew Tucker; C & M Farms; James E. Lowery; Lowery Farms Partnership; Charles Roe; Roe Farms; Evalyn Tolbert; Jack French Jr.; Henry Williams; Dale Williams; Lora Williams; Claudine Williams; Diana Lynn Carter, individually and as beneficiary and representative of Diana L. Carter Irrevocable Trust; Carl E. Morrison III; Morrison Partners; Thomas T. Sheppard; Jabs Farm Inc.; Mallard Brake Plantation; Syble Ballard; Syble Ballard's Farm; Gerald Burgess; Gerald Burgess Farms; Kenny Tolbert; JD Veazey; VZ Farms Partnership; Larry Bauer; Steve Jernigan; Charles Sanders Jr.; Sandy Sanders; Sanders Farms Partnership; Donna J. Watson; Cheryl K. Jenkins; Alyce Weaver; Lindy Alexander; Alexander Farms Partnership; Richard Alls; R & G Farms Partnership; Ernest Cooper; Cooper Farms; Dennis Lamberth; Lamberth Partnership; Mike Mahan; Cottonmouth, Inc.;

Jason Cooper; Jason Cooper Farms Partnership; Jeremy Oakes; J & B Oakes Farm; James Kevin Reddmann; R & R Farms of Weiner, LLC; Jerry Keith Reddmann; Reddmann Farms of Weiner, LLC; Jerry Paul Reddmann; Chris Oakes; C & J Oakes Farms; Todd Gibson; Jeff Price; Jeff Price Farms; Jonathan O. Neely; W.L. Gibson; Kalar Farms, Inc.; Greg Moody; Amanda Finch; Finch Farms; Vera Harris, as personal representative of Leon Harris Sr.; James Lynn Ryan; Ryan Brothers; Ronny Allen; Allen Brothers; Kerry Longnecker; Longnecker Joint Venture; Michael Longnecker; Rose Ann Hansen; Rose Ann Hansen Farm; Hilton Hurdle; Hilton Hurdle Farm; Rita Scott; Rebecca Winemiller; US Investment Realty Company; Martel Tate; Tate Farms; Bob Bolton; Clark Bolton; W J Bolton Farms, LLC; Truman Moore; Current River Farms; Fred G. Stuckey, individually and as beneficiary and representative of Samuel H. Stuckey Testamentary Trust; F & S.S., Inc.; Stuckey Farms Inc.; BSF Land Co.; Stuckey Farms Company Partnership; Gary Victory; V & V Farms; Debbie Victory; Emma Lee Victory, individually and as beneficiary and representative of Ralph Victory Family Trust; Ashley Victory; Ashley Victory Farms; Charles Abanathy; Joanna Miller; Loreta Allison; Alvin Miller, individually, and as beneficiary and representative of Alvin & Betty Miller Living Trust; Martha A. Childers; Graham R. Childers (AKA Bob Childers); Bufford Newberry; Conrad Newberry; Glenn Newberry; GNG Farms

Partnership; Clyde A. Collins; Scott Mouser; Mouser Farm, an Arkansas Partnership; Chad L. Grenther; Grenther Brothers Farm; Liberty Bank, as representative of Verl DeGood Inc.; Liberty Bank, as representative of Verl DeGood Testamentary Trust; Liberty Bank, as representative of Oudria DeGood Living Trust; Liberty Bank, as representative of Cox & Morgan, Inc.; Liberty Bank, as representative of Cruse Family Trust; Liberty Bank, as representative of DeGood Farms, Inc.; Verl DeGood Inc.; Verl DeGood Testamentary Trust; Oudria DeGood Living Trust; Cox & Morgan, Inc.; Cruse Family Trust; DeGood Farms, Inc.; Lawrence Key Levine; Haywood Farms; Brent Terrell; Terrell & Terrell Farms, LLC; Ronnie G. Terrell; James D. Burleson; Edward L. London; Shannon Lee Talkington Sr.; Triple T Fish Farms Inc.; Shannon Talkington Jr.; Talkington Farms; Mickey Graham; Graham & Sons; Lloyd Inman III; Lloyd Inman III Farm; Velma Ruegger; Britt Kieffer; Britt and Ashley Kieffer Farms Partnership; Jeanette Houchin; Houchin Farm; Keith Houchin; Skinny Pig Farm; Webster Smith; John Newkirk; Newkirk Farms; Lehman Duncan; Duncan Farm; Lauren Watkins; Brenda J. Watkins, as beneficiary and representative of H.T. Nutt Test Trust; David T. Watkins; DKLB Farms, Inc.; Cleo D. Watkins, Jr.; Cleo D. Watkins; Oak Creek Farms, Inc.; Patsy Ables; Smith Grain Co. Inc.; David Smith; Joey Lemmons; Lemmons & Son Farm; Michael Ellis; Honeybaby Partnership; Dan

Hosman; Swift Ditch Farms Partnership; Danny Clements, individually, and as beneficiary and representative of the Estate of Abner Clements; Larry R. Jennings; Clements & Jennings Farms, a Partnership; LRJ, LLC; DMC Farms, LLC; Matt Clements; Matt Clements, Inc.; Lance Gasaway; SAGE Farms; Marshall Little; William Oxner, Sr.; T.C. Farms, Inc.; S.P. Farms, Inc.; S&C Farm, Inc.; Donald DeVore; DeVore Farms, Inc.; Dennis DeVore; Tim DeVore; Lamar Harvey; Lamar & Patsy Harvey, Joint Venture; Marie K. Hunt; Margaret Hannebaum, Inc.; Ray Harvey; Ray Harvey Farm; James Arlon Welch; Welch & Welch, Inc.; Clarence Rice; E.H. Rice Farms; Scott Foushee; Foushee & Welch, Inc.; Tyson Teel; Joe Teel; Joe Teel Farms; James Teel Farms; Patsy Harvey; Lamar Harvey; Lamar & Patsy Harvey; Phil Horton; Robert Parker, Sr.; Robert & Betty Farm; Robert N. Parker, III; R & A Parker Partnership; Betty L. Parker; Robert Parker Farm; John Bramucci; Bramucci & Sons; B.H. "Bill" Gipson; Gipson Bros.; W.C. Mankin; Mankin Farm, Inc.; Vernon Housman; Dwain Housman; Virgil Housman; Olive Jean Donath; H.F. Jensen Farm; David Schwarz; David Schwarz Farms; Gerald K. Johnson; GKJ Family LTD Partnership; Brian Browder; Kevin Slusser; Larry J. Lewers, as trustee of Helen N. Lewers Family Trust; Larry J. Lewers, as trustee of Carrie Lillian Frazer Trust; Brad Clines; Double C Farms Partnership; Ronnie Everhart; Pineview Farms Partnership; Roxanne J. Everhart; Kenneth

Bennett; Bennett Farms; Walter Carle; The Carle Farm Limited Partnership; Carle Farms, a General Partnership; W.E.&B. Farms, Inc.; Brent Carle; Walter Carle; Brent Carle LLC; Billy A. Davis, as trustee of Davis Family Revocable Trust; William E. Davis, as trustee of William E. & Darlene Davis Revocable Trust; Lucille B. Dumond; Lucille B. Dumond Farm; Oregon B. Butler, Jr.; O.B. Butler Farm; William J. Fletcher, Jr.; Johnny Dougan; Terry Farms Partnership; Kent C. Westbrook; Westbrook Farms LLC; Harold Gateley; Danny E. Evans; Herbert Horton; Robin Harvey; Kevin Harvey; Kevin Harvey & Robin Harvey Joint Venture; Joel Stevens; Norris Stevens; Eric Stevens; Stevens Farms Partnership; Bettye Harbison Anderson; Bettye H. Anderson Farms; Reba Arnetta Tubbs; Jerry W. Tubbs; Moore & Tubbs; Tubbs Hilltop Farms; Larry Miles; Mary Charlton, as trustee of James W Harkey Residuary Trust and Virginia H. Hilton Residuary Trust; Jerry D. Patton; James J. Leach; Leach Partners; Connie Crymes; Crymes; Clifton W. Patterson; Gene Privett; Privett Farms Partnership; Larry Wallace; Pat Mullen; Trust Operations; Tri Corp; Bob B. White; Danny Barnett; W.C. Mills, individually and as trustee of B & K Revocable Trust; Sammy C. Hatley, Jr.; Hatley Farms; Four Miles; Larry Miles Farm; Terry Hatley; Three Forks Farm, Inc.; Tyronza River Farm, Inc.; Tam-T, Inc.; Tammy Hatley; Dennis Hatley; Blake Sweeny, Inc.; Danny W. Porter; Justin Porter; Anthony K. Bogy; T-Bo Farms

Partnership; French Delaplaine Farm IV; J. Grant Watkins; Melissa Miles; Melissa Miles Farm; Larry Brooks; L&B Family Partnership of Weiner; Alvin Miller; Alvin & Betty Miller Living Trust; Loretta Allison; Richard Harris; RAH, Inc.; Harris Prairie Farm, Inc.; Brent Howton; B & C Howton Farms; Bill Sandage; Bill Sandage Farms, Inc.; Clarence Guthrey; Guthery Family Revocable Trust; Eddie Marshall; Dana Marshall; Marshall Farms Partnership; Ralph C. Ponder; Heath Harris; AgRAH Farms; Harris Delta Farms; Glenda Frisbee; Mark Sandage; Sandage Farms; Linda T. Ausley; Gay T. Schmitz; Roder Bradley; Bradley Farms A Partnership; Gene E. Wilson; Patricia Daniels, as beneficiary and representative of the Estate of Mary Hazel McCorkle; Johnny Paul Wallace, Jr.; Johnny Paul Wallace, Jr. Farms, Inc.; Freddrick Jason Young; Young Brothers Partnership; Young Farms; Young Farms Partnership; David Wallace; Triple W Farms, a Partnership; Shannon King; Gary King; Larry King; Eddie Tackett; Eddie Tackett Farms; Cameron Southard; Cameron Southard Farms; Freddie Young; Carlena Van Ausdall; Chris Tucker Jr.; Thomas W. Clark; Thomas W. Clark Farm; Barbara Clark; Barbara Clark Farm; Jeff McDoniel; Double Mac Farms; Gregory J. Orlicek; Greg Orlicek Farm; Frankie Lindsey, as representative of Eugene Debs Tilley Trust and James Odell Brown Trust; Joe Strope; GSK Farms Partnership; Carolyn Brown Farms; Lydia Tilley; Ronnie Melton; Gene Melton & Sons; Melvin

Kieffer; Melvin & Rita Kieffer Limited Partnership; Mark C. Brown, as representative of Eugene Brown, and MRL Farms; David H. Birdwell; Chlorita Cox; Laura Collier; Luke Maddox; Lowland Farms, Inc.; Kelly Thomas; Kelly Thomas, Inc.; Double T. Farms, Inc.; Joey Don Huey; Huey Farms Partnership; H.P. Maddox, III; H.P. Maddox, III Farms, LLC; Highland Farms, Inc.; Dan Maddox; Prince Lake Farms, Inc.; Maddox, Inc.; Brian Maddox; David Brian Roedel; D & B Farms Partnership; Benny Roedel; Ryan Russell; Russell Brothers Farms Partnership; Robert Danny Russell; Redline Farms, Inc.; Roedel Farms, Inc.; Billy W. Tripp; Tripp Farms, Inc.; Billy Ray Tripp; Lavern Long; Long Farms; Greg Long; Greg Long Farms; Jeannie Long; A.C. Freeman, Jr.; Freeman Family Farms, LLC; B.N. Word Gin Company, Inc.; Tros, Inc.; Donald Johnson; Charles Johnson; Johnson Brothers; Rufus A. Martin, Jr.; Scrogmar Farms, Inc.; Robert L. Stobaugh; Stobaugh Bros. Farms; Pam Foster; Bayou Bend Farms, Inc.; Old River Farming Co.; Max Foster; Max Foster Farms; Frances I. Cohoon; Cohoon Farms; Gary Sitzer; Sitzer Family Partners; Joe Scott; Joey Scott; Golden River Farms, Inc.; Cross Point Farms, Inc.; Michael D. Schisler; Robert Boward; Joel Stevens Farms; F. Eric Stevens Farms; F. Norris Stevens Farm; E & N Farms; Big Bayou Rice Farm; Betty Hogue Klinke; Hogue & Hogue; Raymond E. Covey; Elanzo Lawson; Vastina Smith; Jarrod Simpson; Jeffrey K. Worlow; JKW Farms,

Inc.; Eugene Reithemeyer; Sedgwick Farms, Inc.; 2WW Farms, Inc.; Glendon R. Worlow; GRW Farms, Inc.; Drew Guinn; Christidon Pyles; Donald E. Pyles; Tyler G. Worlow; TGW Farms, Inc.; David Worlow, as beneficiary and representative of Ruby Ellen Worlow Trust; James Reithemeyer; J&P Reithemeyer Land Inc.; J. Reithemeyer Farm Inc.; Mitchell G. Worlow; Worlow Farms, Inc.; Spencer Worlow; Wade Sweetin; Sweetin Farms; Donald Sweetin; Sweetin Brothers Farm; John B. Jackson; Jane S. Lauck Farms, Limited; Sims Farm General Partnership; Danny Harlan; Harlan Farms Inc.; Rick Branham; Tony Johnson; Johnson Farm Management Company, Inc.; H&B Johnson Family Limited Partnership; RB&W Farms, Inc.; Jacky Johnson; Terry Snyder; Snyder Farms, Inc.; Tommy Snyder; Snyder Brothers Partnership; Ricky Buford; Buford Farms Partnership; Hervey Madden; Cowlake Farms Partners; Larry Keffer; Tommy Sue Keffer; Furlong Farms; Sharmon Loggains; H. H. & H., Inc.; Holleah Mross, as representative of Jimmy R.Heeb; Berneda Heeb; Guston, Inc.; Heeb Farms, Inc.; Brody Heeb, individually and as representative of the Estate of Tony Heeb; Donald Hubbard; Vickie H. Winningham, as representative of the Estate of Helen C. Heeb; Tausha Privett; East Ridge Farms Partnership; Dirk Owens; Sugar Creek Farms, a partnership; Rome Helton; Gibbs Family Limited Partnership; Veda Agco, Inc.; Gibbs Farming Partnership; Horace L. Montgomery; Mike Skarda; Mike Skarda

Farm; Jay Will Hicks; Hicks Farm; William G. Nichols; Gary Rogers; Cardinal Farms; John D. Beary; Luetta Horst; Troy Greeno; T & G Farm Partnership; Linda Skarda; Pat Skarda Farms; Skarda Land; Pat Skarda; Frankie Lindsey; Lindsey Family Farm; Brad Gray; Randy Gray; Randy Grey Farm Partnership; Greg Simpson; Cecil Simpson & Son; Oxbow Farms, Inc.; Morolon Wayne Ray; Frances M. Reynolds; Syble Williams; Larry Tate; Tate Farms; Jimmy W. Tate; North Jasmine Farms, Inc.; Tate Farms; Mary Beth Williams; Greta Greeno; Bronco Farm, Inc.; Joey Adams; Adams Family Limited Partnership; Wendell Jones, individually and as trustee of Woodrow Jones Trust; Big Creek Rice Farms Inc.; Richard H. Rogers; Rogers Brothers Partnership; Thomas Hess & Son; Eric Hess; Tom Norsworthy; Norsworthy Partnership; Elbert George; Hillside Farms; Delbert George & Sons Inc.; Delmond George; Delmond George Farms; Marshall Acy Humphries; Tyronza River Partnership; A.C. Humphries Farms, Inc.; M.A. Humphries Farms, Inc.; South End Farms Inc.; Paul Peacock Jr.; Peacock & Staudinger Farms; Paul Peacock Jr. Farm; John Staudinger Farm; James Hunter; James A. & Sharon Hunter Farm Partnership; Christopher Barrett Hunter; Barrett Hunter Farm; Ida P. Drury; Donny Edwards; Tuff Acres Farm Inc.; Donny Edwards Farm; Jerr Farms Inc.; Charles R. Burress; Lois T. Dennington; Lois B. Thomas Farms, A Partnership; Tom Grumbles; TTG Farms, LLC; CTJ Farms / EH

Toll Land; Tony Lynn Brown, Sr.; Tony Brown; Leonard Jones; Hazel Riley; Hazel Riley Farm; Jimel Farms; Jon Cypert; Cypert Farms; Arthur C. Moore; Simmons First Trust Company, N.A., as trustee for B.O. Guenther Trust; Simmons First Trust Company, N.A., as trustee for George B. Ryland Family Trust; Simmons First Trust Company, N.A., as agent for Cobb Farms, Inc.; Simmons First Trust Company, N.A., as trustee for D.R. Chronister Trust; Simmons First Trust Company, N.A., as agent for Amy Langford Quattlebaum Trust; Simmons First Trust Company, N.A., as trustee for Louise Fish Trust; Simmons First Trust Company, N.A., as agent for C.H. Clowers & Co., Inc.; Simmons First Trust Company, N.A., as trustee for Jennings A. Smith Trust; Simmons First Trust Company, N.A., as trustee for Harry F. Appleberry Trust; Simmons First Trust Company, N.A., as agent for Banks Heirs Partnership LLP; Simmons First Trust Company, N.A., as trustee for Banks, Blackwell, Pedrolie LLP; B.O. Guenther Trust; George B. Ryland Family Trust; Simmons First Trust Company, N.A., as agent for Cobb Farms, Inc.; D.R. Chronister Trust; Simmons First Trust Company, N.A., as agent for Amy Langford Quattlebaum Trust; Louise Fish Trust; Simmons First Trust Company, N.A., as agent for C.H. Clowers & Co., Inc.; Jennings A. Smith Trust; Harry F. Appleberry Trust; Simmons First Trust Company, N.A., as agent for Banks Heirs Partnership LLP; Banks, Blackwell, Pedrolie LLP; Robert

Gammill; Smokey Alley Farms Partnership; Clint Cook; Cook Farms Partnership; Ransom Arnold; Randolf Farm; C.B. Harriman; H.E. Farms Partnership; Lawrence Browder; Poor Boy Seed Ptr.; James F. Holmes; Holmes Farms, LLC; Don Vaught; Vaught Family LLC; Don & Eileen Vaught Revocable Trust; Bar S. Grain Co., Inc.; C&K Farms, Inc.; Charles Stock; Charles L. Stock Farms; Carolyn L. Stallings, as representative of Carolyn L. Stallings Revocable Trust; Dan Boothe; Matt Perry; Matt Perry Farms; T.M. Perry Farms; Timothy R. Bednar, individually and as representative of Joseph R. Bednar, Jr. Estate; Rayanne Bednar; Susan Lisko; Frank & Susan Lisko Farm; Frank Lisko Seed; Wolf Creek Farms, Inc.; Daniel J. Hooks; Paul Eugene Hooks; Lorinc Family Trust; Ronnie Hackelton; R&K Farms, Inc.; Hackelton-Gammill Farms Inc.; C.W. Crowly; Rick Holmes, individually and as representative of Mary A. Rush Irrevocable Trust and Gale D. Rush Irrevocable Trust; Holmes & Son, Inc.; Vickie Holmes; Roy Greenwalt; Leda Greenwalt; Lynn Sickel; Sickel Farms, Inc.; Louise C. Sickel Q-Tip Trust; Horace Sickel Revocable Trust; Andrew Sickel; Alan Sickel; Everett L. “Buddy” Hall, Jr.; E.L. Hall Farm, Inc.; Lois Omega C. Miller, as trustee of Eugene Miller Land Trust; Gaylon Eugene Miller, as trustee of Gaylon Eugene Miller Trust; Eugene Miller; Eugene Miller Farm; Mason Sickel; Verlin James Wilson; James Brandon Wilson; Kelly Moore; Ed Chudy; Frances Chudy; Royce Johnson; Burnell Minton;

Larry F. Bednar; Double B Planting Company, Inc.; Melvin F. Hula, Jr.; Cathy C. Hula; R. Joseph Sabbatini; Dean Hahn; Will Hahn; Hahn Farms; Slovak Water Tower Farm; Gilbert Hahn; Jimmy Price; Dennis Price; Grady Miller; Grady Miller, LLC; JTR2, Inc.; Janice Reidhar; John Reidhar, II; Johnny & Janice Reidhar Farm; Janice Reidhar Farms; John Reidhar, individually and as representative of E. C. Herak Family Trust; Emma Bell Herak; Jeffrey T. Reidhar; Julie Reidhar; Mark Lisko; Lisko & Lisko, Inc.; MEL Farms, Inc.; Kevin Rounsavall; Frank Halijan Jr.; F & F Farm; Triple H Farm; Brenda Halijan; Thomas Uhiren; Uhiren Farms, Inc.; Idena Greenwalt; Greenwalt Farm Management; LLC; Alyce Weaver, as trustee of Alyce Weaver Living Trust; Bert Greenwalt; Greenwalt Company; Connie Chudy; Rooker Chudy; Donald S. Morton; Donald S. Morton Farms; Sharon H. Derden, as representative of Raymond Hahn Farm; Sharon H. Derden, as executrix of the estate of Pauline Hahn; Frank L. Chudy; Chudy Farm; Nancy Kocourek; Robert A. Porbeck; Shudy Family Farms, LLC; Eddie Ciganek; Terry Ciganek; Ciganek Brothers; William M. Dorough; Frances Dorough; Thomas Lisko; Lisko Farms, Inc.; Edward J. Lisko; Roger Lisko; R.J.L. Farms, Inc.; Caviness Farms Partnership; Kenneth Caviness; David M. Hardke, individually and as trustee of E. E. Milton Family Trust; Nita G. Hardke; Kristi Deshon Millard; Marie H. Pinter; Philip J. Pinter;

SMP Limited Partnership; Charles J. Proctor; Sara M. Proctor; Proctor Tire Service, Inc.; Mary Louise "Dolly" Sokora; Mary Louise "Dolly" Sokora Agency; Mary Sokora Family Trust; Rick Sokora; Marty Perkins; Perkins Brothers Partnership; Four Perks, Inc.; Perkins Farm, Inc.; Robert L. Perkins, Sr. and Sons, Inc.; Thomas Simmons; Cheney Investments, LLC; Bill Pich; Pich Farms, Inc.; Wil-Mar Corporation; Dan J. Rieke, as trustee of O. L. Simmons Trust; Frederick Lisko; FBL Farms, Inc.; Phil Petrus; Petrus Family Limited Partnership; Kenneth Bennett; DK Bennett Farms, LLP; G & M Bennett Farms, LLP; Tanya Johnson, as trustee of T. B. Toll Family Trust; Kenny McFarlin; Lisa McFarlin; Ky McFarlin; Dan J. Rieke, as trustee of J. C. Sanders Trust; Frances Caviness; V.M. Skarda Farm Family Partnership; Jason Simmons; J & J Farms; Dan J. Rieke; P.K. Carter Farm, LLC; Ronnie Simmons; Simmons & Son; J & R Simmons Farms, Inc.; Steven Chambers; Joshua, LLC; Ollie Ann Bohannan; Sharon Morton, as trustee of Mae Simmons Estate; Emil McMullen; Patsy McMullen; McMullen Farms; Davis Bell; Cornerstone Partnership; Kenneth Foot; Three Foot Farms, Inc.; Stephen Paul Lisko; Shaila E. Lisko; Dan J. Rieke, as trustee of Wesley Skarda Trust No. 2; Dan J. Rieke, as trustee of the Estate of Vivian Beam, and F.B. & Vivian Beam Testamentary Trust; George Scott Sanders, as administrator of the Estate of Ruby Sanders; Margaret S. Zimmerman; Sims Family Partnership; Scott Sanders, as

trustee of the Estate of Dorothy Bogaard, and Dorothy L. Bogaard Living Trust; Carolyn Brakensiek; Franklin Skarda; Frank Skarda Farms; Charles Haynes; AM Skarda Partnership; Albert M. Skarda Estate Partnership; Randy J. Skarda; Seth M. Skarda; R & S Skarda Farms; Triska Farm Partnership; Sue Carter; V.A.C., Inc.; Rozan C. McFadden; N.B.A. Farms, Inc.; Randall L. Gammill; Estate of Virginia Holtzendorff; Dianne S. Cox; Jerry Lee Bogard; Midland Rice, LLC; Midland Argicultural Technologies Limited; Ruth Palmer; Robert L. Palmer; John Earl Clifton;

are residents of the State of Arkansas and/or business entities doing business in the State of Arkansas. All of the aforesaid Plaintiffs are citizens of the State of Arkansas. More than two thirds of the plaintiffs named in this lawsuit are residents and citizens of the State of Arkansas.

2. Plaintiffs Susan L. Brown; Backwater Farm Inc.; Irving S. Greer, as trustee of the I.S. and M.P. Greer Survivors Trust; Irving S. Greer, as trustee of the I.S. and M.P. Greer Exemption Trust; are residents of California. Plaintiffs Shirley Furlong Wambach; Robert C. Williams, M.D.; Williams Kline, LLC; are residents of Florida. Plaintiffs Hal P. Smith; Kenkel Farm; William W. Smith; are residents of Georgia. Plaintiffs Robert G. Read; Alice T. Ramsey; Sandra L. Schultz; Rob Wessel; Red Oak Farms, LLC; Thomas Martin, as executor of the estate of Jessie

Marcella Martin; Thomas Martin, as beneficiary of the Jessie Marcella Martin Revocable Living Trust; Judy Menke, as beneficiary of the Jessie Marcella Martin Revocable Living Trust; Thomas C. Martin; Judy A. Menke; Larry Lowe; Rebecca J. (Weber) Daniels, landowner of Tombaugh Farm; Dale Moore; are residents of Illinois. Plaintiff Cecil Williams; Bardee Enterprises, Inc.; are residents of Iowa. Patricia Dudley-Gangwere, individually and as representative and beneficiary of the estate of Katherine Dudley, is a resident of Kansas. Winona Abanathy is a resident of Kentucky. Michael Price; C M Farm; is a resident of Louisiana. Larry & Patsy Patterson; Lynda Abanathy; Kent Smith; Betty Lee Sullivan; are residents of Missouri. W.B. Ketchum; Julia Ann Glenn; are residents of Mississippi. Reid E. Weber, landowner of Tombaugh Farm; is a resident of Nevada. Latoya Turner; Cathy Gates; Kenneth Caviness – Cathy Gates; are residents of Oklahoma. Dorothy Kasserman; Robert R. West; West Company Partnership; Frank Buckles; Katherine Buckles; Leslie E. Collier, as trustee of the Kirkland Greer Collier Trust; Lisa Birdwell; Leslie Collier, as trustee of the Louise Greer Collier Living Trust; John C. Bumpers; Bumpers Farms, Inc; Leslie E. Collier; Mark Holifield; Holifield Farms; Allen Walls; are residents of Tennessee. Susan Ferguson; Paul D. Weber, landowner of Tombaugh Farm; Lester M. Byrd; are residents of Texas. Each of these foreign state plaintiffs have allegations in

common with the plaintiffs who are residents and citizens of the State of Arkansas. **(For the citizenship information relating to the Defendants, see paragraphs 10-16 below).**

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391. A substantial portion of the events or omissions giving rise to the claim occurred in this District and alien Defendants may be sued in any district. Venue in this District is proper as to all Plaintiffs pursuant to Fed. R. Civ. P. 20, because the Plaintiffs assert a right of relief against the Defendants jointly, severally and arising out of the same transactions and occurrences and a substantial number of questions of law or material fact common to all Plaintiffs will arise in the action and predominate over individualized issues pertaining to each plaintiff. This action can be maintained more efficiently and economically for all parties than if prosecuted separately. The interest of justice supports the joinder of the parties as plaintiffs in one action.

## FACTS

4. Rice sales generate approximately $2 billion in revenue for American rice producers each year. Approximately 50% of rice grown in the United States is exported.

5. Because about half of the rice grown in the U.S. is exported, which

makes the U.S. one of the world's major rice exporters, the global rice market has a major influence on U.S. prices for rice.

6. About 75% of the rice grown in the U.S. is "long-grain rice," and most of the production of long-grain rice is exported. Arkansas produces more long-grain rice than any other state.

7. The nations of the European Union (EU) are major buyers of American long-grain rice. In 2005, the EU purchased about 200,000 tons of American long-grain rice at a price of about $800 million.

8. During 2006, about 1.3 million acres in Arkansas were planted with long-grain rice, which was about 60% of the total U.S. long-grain rice acreage. More than one-third of the U.S. long-grain acreage in 2006 was planted with strains of long-grain rice known as "Cheniere" and "Clearfield 131" ("CL131").

9. The U.S. rice marketing system is "commodity-based," which means that rice grown throughout the country is harvested, gathered, commingled, consolidated, and otherwise shipped from thousands of farms where it is grown via local, regional, and terminal distribution centers. Therefore, to maintain the purity and stability of the rice marketing system in the U.S., it is crucial for all involved to maintain the highest possible standards of hygiene and purity so as to avoid any kind of contamination. Prior to 2006, the U.S. rice market was stable and had not

suffered any significant compromise of its purity and integrity.

10. Bayer CropScience LP is a Delaware limited partnership with its principal place of business at 2 T.W. Alexander Drive, Research Triangle Park, North Carolina, 27709. Bayer CropScience LP is a successor, by name change to Aventis CropScience USA, LP – which occurred when Bayer AG, Bayer CropScience LP's parent company, acquired Aventis CropScience USA, LP in or about June 2002. Bayer Cropscience, LP, itself and through its parent, subsidiary, affiliated and predecessor entities – including all of the defendants listed herein- produces or has produced genetically modified and bio-engineered rice seed, including but not limited to LLRICE 601, 604 and 62. Bayer CropScience, LP is engaged in business in the State of Arkansas and is registered to do business in the State of Arkansas as a foreign limited partnership. Its registered agent in the State of Arkansas is Corporation Service Company, 101, South Spring Street, Suite 220, Little Rock, Arkansas 72201.

11. Bayer CropScience LP's general partner is currently Bayer CropScience Holding Inc., a Delaware corporation with its principal place of business at 2 T.W. Alexander Drive, Research Triangle Park, North Carolina, 27709. Bayer CropScience LP's general partner was Aventis CropScience USA Holding, Inc.. Bayer CropScience LP's limited partners are currently Bayer CropScience, Inc., a

New York corporation with its principal place of business in Research Triangle Park, North Carolina and Bayer CropScience, LLC a Deleware limited liability company with its principal place of business in Research Triangle Park, North Carolina. Bayer Corporation is the sole owner of Bayer CropScience, LLC. Bayer CropScience Holding Inc. is engaged in business in the State of Arkansas and is registered to do business in the State of Arkansas as a foreign corporation. Its registered agent in the State of Arkansas is Corporation Service Company, 300 Spring Building, Suite 900, 300 South Spring Street, Little Rock, Arkansas 72201. Under applicable Arkansas and Delaware law, as a general partner of a limited partnership, it is jointly and severally liable for all obligations of Bayer CropScience LP.

12. Bayer Corporation is an Indiana corporation with its principal place of business located at 100 Bayer Road, Pittsburgh, Pennsylvania. On information and belief, Bayer Corporation is the domestic holding company, either directly or indirectly, for various Bayer entities in the United States, including but not limited to Bayer CropScience LP. Through its various subsidiaries and affiliates, Bayer Corporation conducts business throughout the United States, including the State of Arkansas, and is registered to do business in the State of Arkansas as a foreign corporation. Its registered agent in the State of Arkansas is Corporation Service

Company, 300 Spring Building, Suite 900, 300 South Spring Street, Little Rock, Arkansas 72201.

13. Bayer CropScience AG is a German corporation with its principal place of business in Germany. It, by itself and through its subsidiaries and affiliates over which it exerts substantial control, engages in research, manufacture, testing, marketing and sale of agricultural chemicals and technology, including the production of genetically modified and bio-engineered rice seed, including but not limited to LLRICE 601, 604, and 62. Bayer CropScience AG is the successor, by merger, to Bayer CropScience GmbH. As a result of such merger, Bayer CropScience AG has succeeded to and assumed all debts, commitments and liabilities of Bayer CropScience GmbH. Through its affiliates and subsidiaries, Bayer CropScience AG conducts business in the United States and the State of Arkansas and otherwise has a presence in the statute sufficient to constitute minimum contacts in order to meet the due process requirements for personal jurisdiction.

14. Bayer AG is a German corporation, with its principal place of business in Germany. which, through its subsidiaries and affiliates over which it exerts substantial control, engages in, among other things, the research, manufacture, testing, marketing and sale of agricultural chemicals and technologies, including

the genetically-modified rice seeds or rice traits at issue here. Through its affiliates and subsidiaries, Bayer AG conducts business in the United States and in the State of Arkansas and otherwise has a presence in the State sufficient to constitute minimum contacts in order to meet the due process requirements for personal jurisdiction.

15. Bayer CropScience Holding SA is a French corporation with its principal place of business in Lyon, France. Bayer CropScience SA is the owner, parent or holding company of Bayer CropScience, Holding, Inc. Through its affiliates and subsidiaries, Bayer CropScience SA conducts business in the United States and in the State of Arkansas and otherwise has a presence in the State sufficient to constitute minimum contacts in order to meet the due process requirements for personal jurisdiction.

16. Bayer BioScience NV is a Belgian corporation with its principal place of business in Gent, Belgium. Bayer BioScience NV is the Bayer entity whose scientists genetically engineered the rice. Through its affiliates and subsidiaries, Bayer BioScience NV conducts business in the United States and in the State of Arkansas and otherwise has a presence in the State sufficient to constitute minimum contacts in order to meet the due process requirements for personal jurisdiction.

17. At all times relevant to this action, there has existed and presently exists, a unity of interests in ownership between Bayer CropScience LP, Bayer CropScience Holding, Inc., Bayer Corporation, Bayer CropScience AG; Bayer AG; Bayer BioScience NV and Bayer CropScience SA. These defendants are the alter-egos of one another, an in the case of the parent corporation, exercised dominion and control over the decision making and operation of their subsidiaries. Alternatively, they have acted as and constitute a single business enterprise and/or constitute a joint enterprise under Arkansas law.

18. Bayer CropScience LP, Bayer CropScience Holding Inc., Bayer Corporation, Bayer CropScience AG; Bayer AG; Bayer BioScience NV and Bayer CropScience SA are hereinafter referred to collectively as "Bayer" or " the Bayer defendants".

19. The Bayer defendants actively conduct business in the State of Arkansas and intentionally avail themselves of the markets and business within this State through the manufacturing, production, promotion, sale, marketing and distribution of their products in the State of Arkansas, including the conducting of testing of genetically modified rice in Arkansas, with said rice having infiltrated the Arkansas commercial rice supply. These contracts are sufficient to create personal jurisdiction against the Bayer defendants. Bayer CropScience LP, Bayer

CropScience Holding, Inc. and Bayer Corporation have also consented to personal jurisdiction in the State of Arkansas by registering to do business and designating an agent for service of process in this State.

20. The "Bayer defendants", and other companies have in recent years experimented with strains of "genetically engineered" (GE) crops, including rice. Modern biotechnology has made it possible to alter the genetic composition of seed, e.g., by transferring a transgenic "event" into the seed genome, so as to confer a desired characteristic or trait onto the GE seed and crop. For example, a strain of rice can be genetically modified to make it immune to a certain type of poison or herbicide. Most of the foreign countries that buy rice and food crops from the U.S. will not accept GE crops. For example, the European Union ("EU") will not accept GE or GE-contaminated rice from the U.S.

21. In the 1990s, companies (later acquired by the Bayer defendants) began to experiment with strains of GE rice in the U.S. known generally as "Liberty Link" rice. The names of the "Liberty Link" strains usually begin with "LL," for "Liberty Link." Those strains of Liberty Link rice go by names such as LLRICE 601, LL601, etc. Plaintiffs allege that LLRICE 62, LL62, LLRICE 401, LL401, LL001, Event 62, and Bengal Event 62 all reference the same strain of medium-grain Liberty Link GE rice.

22. These strains of Liberty Link GE rice were developed in the late 1990s by a company known as AgrEvo USA Company. AgrEvo and Liberty Link rice were acquired by Aventis CropScience USA LP, which, around 2002, was itself acquired or merged into Bayer CropScience LP. Bayer CropScience LP has produced the "Liberty Link" GE rice seeds or the seed traits at issue here.

23. The Bayer defendants invented, developed, tested, and produced genetically-engineered ("GE") varieties of long-grain rice, two of which are known as LLRICE 601 (a/k/a LL601) and LLRICE 604 (a/k/a LL604). The Bayer defendants invented, developed, tested, and/or produced a genetically-engineered ("GE") variety of medium-grain rice known as LLRICE 62 (a/k/a LL62).

24. LLRICE 604, for example, is not approved for human consumption. LLRICE 601 was not approved at the time of the USDA GMO contamination announcement in 2006

25. LLRICE 601, 604, and 62 and other GE rice are not permitted in the European Union ("EU") and American-grown rice contaminated with GE rice cannot be exported from the USA to EU countries.

26. According to Riceland Foods, Inc.'s, official Internet website, www.riceland.com/members, "Riceland Foods, Inc. is a farmer-owned cooperative providing marketing services to 9,000 farmers in Arkansas, Louisiana. ..."

27. The Bayer defendants know (and knew prior to 2006) that most of the long-grain rice grown in the USA is grown for export, and that the majority of American-grown long-grain rice is produced in Arkansas.

28. The Bayer defendants know (and knew prior to 2006) that EU countries and many other countries will not import rice that is contaminated with GE rice.

29. The Bayer defendants know (and knew prior to 2006) that contamination of the USA rice supply by Liberty Link GE rice would depress the export market and depress the market price of American-grown long-grain rice.

30. The Bayer defendants know (and knew prior to 2006) that public knowledge of the presence of Liberty Link or other GE rice in the nation's rice supply would significantly affect the market and market price for American-grown long-grain rice.

31. The Bayer defendants knew prior to 2006 that all varieties of Liberty Link GE rice (including LL62/601/604) were experimental only and should not have been allowed to get into the commercial rice supplies in the USA.

32. The Bayer defendants knew prior to 2006 that a GE contamination (e.g., by Liberty Link rice) of the commercial rice supplies in the USA would damage the plaintiffs, because it would prevent or impede the sale of American long-grain rice to many foreign markets which prohibit genetically-engineered foods,

including rice.

33. In 1999 or 2000, Riceland Foods, Inc., contracted or agreed with Aventis CropScience USA LP (now the Bayer defendants) to cooperate or collaborate with Aventis in regard to testing and experimenting with Liberty Link Rice.

34. Prior to the 1999/2000 agreement(s) with Aventis, Riceland had attended many meetings and had participated in discussions with AgrEvo (later Aventis) about AgrEvo and Aventis's plans for developing Liberty Link GE rice.

35. Under a coordinated regulatory framework, the United States Department of Agriculture's Animal and Plant Health Inspection Service, the United States Food and Drug Administration, and the United States Environmental Protection Agency share responsibility for regulatory biotechnology products, such as Liberty Link rice, to ensure that products developed in the U.S. pose no human or environmental risks.

36. As part of the 1999/2000 agreement(s) with Aventis, Riceland Foods, Inc., assisted in procuring some Arkansas rice producers to plant, in 2000, certain acres with LL62 GE rice.

37. In 1999/2000, Riceland, among other things, collaborated with Aventis to work with and support Aventis in its testing of Liberty Link rice and to provide

specific services such as facilities (separate from the general commercial rice supply channels) for handling and transporting and storing the Liberty Link rice; and to insure that Liberty Link rice did not infect the general non-GE rice crop or get into the general rice supply (Federal Register). However, the Bayer defendants continued to be ultimately responsible for Liberty Link rice and controlling it from escaping into the environment.

38. Aventis (later acquired by the Bayer defendants) began genetic manipulation of rice resulting in the production of an enzyme which renders glufosinate-ammonium (the active ingredient in Liberty Herbicide) ineffective by catalyzing its conversion to a metabolite which is not toxic to the plant. The transformed seed is known commercially as Liberty Link rice.

39. Some of the LL62 rice harvested in 2000 in Arkansas was initially grown and stored in Riceland's facility in Weiner, Arkansas. Upon information and belief, it appears that some of the LL62 harvest was also stored elsewhere in Arkansas.

40. Riceland Foods, Inc. transported by truck the LL62 2000 Arkansas harvest to Stuttgart, Arkansas, for burning believed to be done in its Stuttgart incinerator.

41. During all times relevant to this Complaint, including the years of 2000

and 2001, The Bayer defendants knew that non-GE rice could become contaminated with Liberty Link rice, including LL62/601/604, through a wide variety of means, including cross-pollination and commingling during harvest, storage, transport, and disposal.

42. The Bayer defendants also understood that it was (and is) virtually impossible to prevent non-GE rice from becoming contaminated by GE-rice, grown in an open field, because it is practically impossible to completely isolate the growing, harvesting, storage, transportation, and disposal of GE rice from the ordinary, non-GE general rice supply.

43. Given the nature of the "commodity-based" rice marketing system in the U.S., the Bayer defendants knew that GE rice could easily contaminate the entire U.S. rice crop and infiltrate the general U.S. rice supply, and that such contamination would result in devastating financial losses to U. S. long-grain rice producers, because their GE-contaminated rice would not have a market in the EU, Japan, and other countries opposed to GE rice.

44. In late 2005, Riceland shipped a shipment of U.S. long-grain rice to Europe. In January 2006, the European buyer reported to Riceland that the shipment tested positive for traces of GE rice.

45. Riceland and Bayer testing in early 2006, confirmed traces of Liberty

Link rice in the Riceland shipment of long-grain rice.

46. In January and February 2006, Bayer received information from Timothy Peter Croughan of the LSU Crowley Research Station, indicating to Bayer that long grain rice had been contaminated with Liberty Link.

47. Bayer tested and confirmed the contamination of the Croughan rice. However, in March of 2006 Bayer intentionally stopped testing so as not to confirm the specific trait LL601, because LL601 was a regulated event and Bayer knew that if the Rice tested positive for LL601 it would have to report the contamination to the USDA within twenty four hours.

48. In February through June 2006, further testing of the Riceland shipment of long-grain rice showed contamination for Liberty Link rice.

49. Despite knowledge by Bayer of GE contamination in the rice supply, the U.S. Government was not notified of this contamination until July 31, 2006.

50. On August 18, 2006, the U.S. government officially announced that traces of GE rice had been found in the 2005 U.S. long-grain rice crop. Specifically, the USDA announced that Bayer CropScience had notified the USDA and the FDA that trace amounts of LL601 had been detected in samples taken from commercial long-grain rice.

51. On September 11, 2006, Reuters reported that LL601 had found its way

into the EU's retail food sector. A CEO of a German mill suspected to have sold the contaminated rice reportedly stated that this problem was not unique to his mill but, rather, was a problem affecting every rice mill in Europe which has imported U.S. rice.

52. On September 14, 2006, Deutsche Welle updated its earlier reports that the European Commission had confirmed that EU imports of long-grain U.S. rice contained traces of LL601, some of which made it on to shelves of a German supermarket chain. All consignments that tested positive were recalled or withheld from the market. The same article also reported that France and Sweden had found LL601 in imported U.S. rice.

53. On September 12, 2006, the Associated Press reported that tests by the European Commission on three barges containing rice from the United States had revealed the shipments to contain LLRICE 601. EU officials stated that consignments found to contain illegal strains either were being destroyed or returned to the United States.

54. The Bayer defendants' contamination of the U.S. rice supply was not limited to that caused by its LL601 GE rice. In early 2007, it was disclosed that the Bayer defendants had further contaminated the U.S. rice seed supply with its LL604 GE rice. Independent testing by the Arkansas State Plant Board in January

2007 indicated that CL 131 rice seed - a non-GE rice seed created and marketed by BASF and designed to combat "red rice" weed problems - tested positive for contamination by an unapproved GE rice seed trait. Bayer's LL604 GE seed trait was later disclosed as the source of that contamination. This discovery led to the USDA's ban on the planting of CL 131 in the 2007 and 2008 crop years and its further prohibition on the sale or use of CL 131 seeds held from the 2005 and 2006 crop years.

55. As a result of the Bayer defendants' and Riceland's conduct, two of the most heavily used and highest yielding rice seed varieties in the U.S. - Cheniere and CL 131 - have been contaminated by Liberty Link GE rice and have thus been banned from planting in, at least, the 2007 and 2008 crop years.

56. In September 2006, LL601 was found in the seed of Cheniere rice, a popular and high-yielding long-grain variety planted throughout the southern United States. In November 2006 - approximately three months after the public disclosure of Bayer's contamination of the U.S. rice supply with LL601 - the Arkansas State Plant Board unanimously recommended that the State of Arkansas ban the planting of Cheniere rice in 2007. Soon thereafter, on December 28, 2006, the Arkansas State Plant Board passed new regulations that ban the planting of Cheniere rice in the state in 2007 and 2008, and require testing of all seed for the

LLRICE trait at the 0.01% level (i.e., one grain out of every 10,000).

57. Following the Arkansas State Plant Board's CL131 contamination findings, the Animal and Plant Health Inspection Service of the USDA ("APHIS") conducted its own tests on CL131 and, in or about early March 2007, confirmed that trace levels of GE material were present in CL131 rice seed. On March 2, 2007, the Arkansas State Plant Board banned the planting of CL131 rice seed in the State.

58. In October and/or November 2006, more tests conducted in Europe on U.S. long-grain rice specifically found LL62 contamination in the U.S. long-grain rice supply.

59. Testing in January 2007 by the Arkansas Rice Board, and shortly thereafter by the federal government, disclosed LL62 contamination in 2004 headrow seed of non-GE Clearfield 131 (CL131) long-grain rice. Similarly, testing in late 2006 and/or early 2007 on a 2003 Cheniere variety of non-GE long-grain rice showed contamination by LL62 as well as LL601.

60. The Bayer defendants grew test fields of LL601 rice in 1998, 1999, 2000, and 2001. LL601 rice was first tested in greenhouse and field tests by Hoechst AG, the parent company of AgrEvo USA Company (Aventis's corporate predecessor), in Puerto Rico under USDA permits. Additional field testing of

LL601 rice was conducted by Aventis in Puerto Rico, Arkansas, Louisiana, Mississippi, and Texas in 1998, 1999, 2000, and 2001. Following its acquisition of Aventis CropScience in or about 2001/2002, the Bayer defendants continued to test and develop these genetically-modified rice traits. As the owner of, and applicant for (either originally or as Aventis's successor), these GE rice traits, the Bayer defendants bore responsibility for their development, testing, handling, and use. The Bayer defendants' duties were non-delegable.

61. LL62, for example, as well as all GE rice is banned in EU countries.

62. The Bayer defendants know (and knew prior to 2006) that the fact of the presence of Liberty Link or any other GE rice in the nation's general rice supply is a fact that would be of material and significant importance to all rice farmers, especially those planting or contemplating planting long-grain rice varieties.

63. As early as the latter half of 2005, the Bayer defendants knew that some rice in the nation's general rice supply was infected or contaminated with Liberty Link rice.

64. This contamination was a fact of material importance to rice farmers.

65. The Bayer defendants suppressed this information and did not disclose it, prior to August 2006, to any rice grower.

66. From the latter half of 2005 through July of 2006, the Bayer defendants

gained additional and more detailed information about the Liberty Link contamination of the nation's rice supply. Yet, the Bayer Defendant never gave this material information to rice farmers prior to August 2006.

67. Bayer knew that all, most, or many American and Arkansas rice farmers would have had reservations about planting long-grain rice in the spring of 2006, if they had known, prior to planting, what Bayer knew about the GE contamination. Or, had the farmers known, they would have had their seed tested prior to planting for GE contamination. If the testing was positive, the farmers would have sought seed that was not contaminated and planted non-contaminated seed. Further, had the farmers known about the contamination, they could have planned to identity preserve their crop, test and segregate the non-contaminated rice from the contaminated rice so that the EU and other non-GE nations could be supplied with certified GE free rice. Many farmers have the ability to store and segregate their rice on-site at their own farm.

68. The Bayer defendants knew that rice farmers, including the plaintiffs, did not know, prior to planting in 2006, about the GE contamination, and Bayer knew that rice farmers and the plaintiffs did not have the same or similar ability to obtain the information about GE contamination compared to Bayer's ability and resources. Thus, the Bayer defendants were in a position of superior knowledge to

the plaintiffs.

69. The Bayer defendants knew that rice growers like the plaintiffs were planting long-grain rice in 2006 in reliance of there being no evidence of any genetically-engineered variety of rice contaminating the nation's general rice supply.

70. The Bayer defendants knew that, if they disclosed what they knew about GE contamination when they knew it, the plaintiffs may not have planted GE contaminated long-grain rice in 2006. Or the plaintiffs would have had their seed tested for GE contamination prior to planting. Further, had the farmers known about the contamination, they could have planted non-contaminated seed and/or planned to identity preserve their crop, test and segregate the non-contaminated rice from the contaminated rice so that the EU and other non-GE nations could be supplied with certified GE free rice. Many farmers have the ability to store and segregate their rice on-site at their own farm.

71. Until late July and August 2006, Bayer did not disclose to rice farmers, the public, or appropriate governmental agencies what they knew about GE contamination of the American long-grain rice supply. Specifically, Bayer did not disclose that it had received contamination information from Timothy Croughan and that Bayer's testing pointed to Liberty Link rice and LL601.

72. After August 18, 2006, the global market for U.S. long-grain rice collapsed. For example, Japan banned the import of American long-grain rice on August 20, 2006. On August 23, 2006, the EU announced that it would not accept American long-grain rice unless the shipment had been extensively tested and certified to be GE-free.

73. The result of Bayer's conduct, culminating in the August 2006 announcement of GE contamination, was that 2006 exports of U.S. long-grain rice fell about 50% or about 570,000 metric tons from 2005 levels. The price that Arkansas and American long-grain rice producers could get for their 2006 crop also fell significantly. The news of the GE contamination severely restricted and depressed the market for 2006 Arkansas-grown and USA-grown long-grain rice, resulting in a significant price drop. The European market for U.S. long grain rice suffered for many years, has still not recovered to this day, and may not ever fully recover as Thailand used the contamination as an opportunity to move in and supply the EU with rice.

74. The Bayer defendants, e.g., in 2000 and 2001, knew that foreign buyers in places like Japan and the EU had a zero tolerance for any genetically-modified crops, including rice. Thus, the Bayer defendants knew that any contamination of the U.S. rice supply by GE rice would devastate the export market for U.S.-grown

long-grain rice.

75. The general U.S. long-grain rice crop of 2006 was significantly contaminated by Bayer's GE Liberty Link rice, including LL62, LL601, and LL604, such as to drastically depress the market for and price of the U.S. 2006 long-grain rice crop.

76. In 2000 and 2001, the Bayer defendants failed to take adequate steps to prevent cross-pollination and co-mingling of LL62 rice with non-GE rice. Additionally or alternatively, the Bayer defendants knew or should have known that no degree of precautions could have prevented such cross-pollination.

77. The Bayer defendants failed to take adequate steps to prevent cross-pollination and/or commingling of LL62/601/604 rice with non-GE rice. Additionally or alternatively, the Bayer defendants knew or should have known that no degree of precautions could have prevented such cross-pollination and/or commingling.

78. The Bayer defendants failed of take adequate precautions to segregate LL62/601/604 rice and prevent the contamination of the general, non-GE rice supply during the Bayer defendants' participation in the testing, planting, growing, harvesting, handling, storage, transportation, and disposal of Liberty Link rice. Additionally or alternatively, the Bayer defendants knew or should have known

that no degree of precautions could have prevented such contamination and commingling.

79. In the testing, planting, growing, harvesting, storing, transporting, and disposal of LL62 rice, the Bayer defendants (then known as Aventis) failed to comply with their 1999/2000 contract(s) or agreement(s) and failed to comply with reasonable and responsible practices. The Bayer defendants failed to implement adequate safeguards to prevent the release of LL62 into the general rice supply (or, the Bayer defendants should have known that no degree of reasonable safeguards could have prevented the GE contamination of the general rice supply).

80. The Bayer defendants failed to adequately instruct, oversee, or control the 2000 Arkansas test growers of LL62 rice such as to insure complete segregation of LL62 rice from non-GE rice.

81. The Bayer defendants' course of conduct caused the GE contamination of the 2006 Arkansas and U.S. long-grain rice crop as well as the 2007 and 2008 crops.

ADDITIONAL FACTS RELATED TO MIDLAND RICE, LLC AND MIDLAND AGRICULTURAL TECHNOLOGIES LIMITED

82. Plaintiff Midland Rice, LLC is an Arkansas Corporation with its principal place of business in Stuttgart Arkansas, Arkansas County. The

shareholders of Plaintiff Midland Rice, LLC are Jerry Lee Bogard and Lester McKinley, both citizens of the State of Arkansas. Plaintiff Midland Rice, LLC is the parent corporation of wholly owned subsidiary Plaintiff Midland Agricultural Technologies Limited, a foreign corporation. Plaintiff Midland Agricultural Technologies Limited is a majority shareholder in IBOM Rice Company Limited, a Nigerian corporation with its principal place of business in Nigeria. Plaintiff Midland Rice, LLC. is a rice exporting company which is also engaged, through the aforementioned subsidiaries, with the development of rice markets in third world countries such as Nigeria.

83. Midland Rice, LLC was engaged in the export of U.S. long grain rice from the State of Arkansas in the 2006 crop year. Midland Rice, LLC was, through the aforementioned subsidiaries, also heavily engaged in investment and development of markets for import, growth, milling and sale of U.S. long grain rice varieties in Nigeria in the 2006 crop year.

84. Nigeria as a former European colony has a tendency to follow the lead of the EU when it comes to acceptance of GE products.

85. The U.S. rice marketing system is "commodity-based," which means that rice grown throughout the country is harvested, gathered, commingled, consolidated, and otherwise shipped from thousands of farms where it is grown via

local, regional, and terminal distribution centers. Therefore, to maintain the purity and stability of the rice marketing system in the U.S., it is crucial for all involved to maintain the highest possible standards of hygiene and purity so as to avoid any kind of contamination. Prior to 2006, the U.S. rice market was stable and had not suffered any significant compromise of its purity and integrity.

## DAMAGES

86. Plaintiffs were unable to sell their 2006 crop of long-grain rice at the higher (normal) price it would have brought but for the GE contamination. Plaintiffs were also damaged by having to pay for testing to insure their long-grain rice crop is free of GE contamination, e.g., in order to be able to market and sell it for export. Plaintiffs were also damaged by their inability to plant high yielding herbicide resistant CL131 and/or Chenier rice seed in years 2007 and 2008. Plaintiffs were required to plant lower yielding varieties resulting in lower yields and less money. Further, having to plant less herbicide resistant varieties resulted in greater amounts of red rice in their crop. The Plaintiffs were otherwise injured and damaged.

87. Plaintiffs Midland Rice, LLC and Midland Agricultural Technologies Limited were unable to import and sell Arkansas long-grain rice to their buyers in Nigeria. Plaintiffs had a contract for sale of 5000 metric tons of Arkansas long

grain rice that was cancelled by the buyer after the USDA announcement concerning the contamination of the U.S. rice supply. The sale of the 5000 metric tons of rice along with the sales of additional exports of Arkansas long grain rice was a significant source of the financial revenue needed to fund the investments in the Nigerian rice farming training center, equipment to harvest rice (such as combines, tractors, headers, etc.) and a rice mill being constructed for the purpose of milling and selling rice in Nigeria. The mill was designed and being built to produce 1,000,000 50kg bags annually. The Plaintiffs also lost the business opportunities that were to result from the Nigerian mill and training center.

88. The collapse of the export market for U.S. long grain rice resulting from the Defendants' contamination of the U.S. long grain rice supply was a direct and proximate cause of Plaintiffs' Plaintiffs Midland Rice, LLC and Midland Agricultural Technologies Limited loss of their investment of millions of dollars in the Nigerian rice farming training center, rice farming equipment and the construction of a rice mill.

89. Midland Rice, LLC was damaged by having to sell its rice that would have been exported to Nigeria, at a lower price, because of the contamination.

90. Midland Rice, LLC also was further damaged in that it was required to burn many of its rice fields, leave them fallow in order to rid the fields of GE

contamination. The contamination caused by the Bayer defendants of the U.S. rice supply and Midland Rice, LLC's need to ensure its fields were rid of GE contamination, caused direct and consequential damages to Midland Rice, LLC. Midland Rice, LLC is engaged in training other countries how to farm rice. After the contamination caused by the Bayer defendants, Midland Rice, LLC was caused to undertake measures to ensure other countries and entities that its fields were free of GE contamination. Some of these measures included burning the fields and leaving them fallow or planting other crops so that the fields could be rid of GE rice contamination.

91. All of the aforesaid damages were proximately caused by the conduct of the Bayer defendants.

## COUNT ONE-NEGLIGENCE<br>ALL PLAINTIFFS AGAINST THE BAYER DEFENDANTS -<br>ALL LIBERTY LINK RICE VARITIES

92. Plaintiffs incorporate by reference paragraphs 1-91.

93. The Bayer defendants were negligent in allowing the experimental LL601, 604, and 62 GE rice to escape into the nation's general rice supply. Their negligence foreseeably and proximately caused economic damage to plaintiffs by driving down the market price for long-grain rice and causing the ban on planting high yielding herbicide resistant CL 131 and Chenier seed in crop years 2007 and

2008. Defendants' negligence also caused the damage to Plaintiffs Midland Rice, LLC and Midland Agricultural Technologies Limited as described above.

94. The Bayer defendants were negligent in selecting, training, instructing, or overseeing those rice producers in Arkansas who were selected to grow LL62 rice in 2000. The Bayer defendants were negligent in its testing, planting, growing, harvesting, storage, transportation, and disposal of LL62 rice in 2000-2001. The Bayer defendants failed to utilize the professional expertise and degree of care that a prudent, similarly-situated company would have exercised or acted in total disregard for the safety from contamination.

95. The Defendants owed a duty to the plaintiffs pursuant to 7 C.F.R. 340 et. seq. as well s Ark. Code § 2-15-101. Defendants were also in a position of superior knowledge to the plaintiffs.

96. The doctrine of *res ipsa loquitur* also applies to this case because the Bayer defendants had exclusive control over LL601, 604, and 62 GE rice and, in the ordinary course of things, such a highly-contagious, damaging (at least economically damaging) substance would not escape its controlled, experimental confines but for the lack of proper care.

97. Defendants, with their knowledge of the severe harm that would occur to the plaintiffs if the commercial rice supply was contaminated with Liberty Link

rice, negligently failed to plan and/or implement a rice testing, identity preservation and segregation plan so that rice contaminated with Liberty Link rice could be segregated from non-contaminated rice, tested and certified so that the European and other non-GE markets could be preserved.

98. WHEREFORE, Plaintiffs demand from the Bayer defendants compensatory damages in an amount to be determined by the jury for each plaintiff, plus interest and costs (and punitive damages - see Count Five, *infra*) in an amount to be determined by the trier of fact.

COUNT TWO - FRAUDULENT CONCEALMENT
AGAINST THE BAYER DEFENDANTS

99. Plaintiffs incorporate by reference paragraphs 1-98.

100. Bayer's non-disclosure of what it knew about GE rice contamination as soon as Bayer knew it, is actionable fraud, because Bayer owed a duty to speak based on its superior knowledge of conditions and the harm those conditions would cause to the plaintiffs. Bayer also had to a duty to speak based upon federal statutes regarding GE rice contamination and its obligation to report regulated GE contamination to the USDA within twenty four hours.

101. Bayer had superior knowledge about GE contamination and knew that the plaintiffs (e.g., in choosing to plant long-grain rice in 2006, and plant said rice

without GE testing) were operating under a mistaken belief that no genetically-engineered variety contamination existed, and Bayer knew that the plaintiffs did not have access to the knowledge Bayer possessed about Liberty Link and GE contamination.

102. Bayer's failure to immediately and promptly disclose proximately caused economic damage to the plaintiffs as aforesaid.

103. WHEREFORE, the plaintiffs demand of the Bayer defendants., compensatory damages in an amount to be determined by the jury for each plaintiff, plus interest and costs (and punitive damages - see Count Five, *infra*) in an amount to be determined by the trier of fact.

COUNT THREE - ULTRAHAZARDOUS ACTIVITY
ALL PLAINTIFFS AGAINST ALL DEFENDANTS

104. Plaintiffs incorporate by reference paragraphs 1-103.

105. Defendants' planting, testing, growing, harvesting, storage, transporting, and disposal of Liberty Link (e.g., LL62/601/604) rice constitutes an abnormally dangerous and/or ultra hazardous activity because such activities create a risk of high degree of harm, e.g., to rice producers in Arkansas.

106. Defendants were aware of the significant risk that GE rice can infect the general non-GE rice supply in many ways, and defendants knew or should have

known that their plans (or lack thereof) for planting, testing, growing, harvesting, storing, transporting, segregating, identity preserving and disposing of Liberty Link (e.g., LL62/601/604) rice were insufficient for safeguarding the general non-GE rice supply from contamination by GE rice.

107. The high risk that Liberty Link (e.g., LL62/601/604) rice would get into the general non-GE rice supply outweighs any value of testing Liberty Link rice in open fields and storing and transporting it in close proximity to non-GE rice.

108. The ultra hazardous activities pleaded herein did foreseeably and proximately damage the plaintiffs as aforesaid. The type of harm the plaintiffs suffered is exactly the kind of harm which makes Defendants' conduct in relation to Liberty Link rice ultra hazardous.

109. Defendants are therefore absolutely or strictly liable to the plaintiffs for their damages pleaded herein that resulted from Defendants' mishandling of Liberty Link (e.g., LL62/601/604) rice.

110. WHEREFORE, plaintiffs demand judgment against Defendants, for compensatory damages in an amount to be determined by the jury for each plaintiff, plus interest and costs (and punitive damages - see Count Five, *infra*) in an amount to be determined by the trier of fact.

COUNT FOUR - ABSOLUTE OR STRICT LIABILITY
ALL PLAINTIFFS AGAINST ALL DEFENDANTS

111. Plaintiffs incorporate by reference paragraphs 1-110.

112. In the alternative to Count One, plaintiffs contend that no degree of care could have prevented Liberty Link (e.g., LL62/601/604) rice from infiltrating and contaminating the non-GE long-grain rice supply.

113. That is, once the fatal decision was made to test, plant, and grow Liberty Link (e.g., LL62/601/604) rice in open fields, then the contamination of non-GE varieties of rice with Liberty Link GE rice was most likely bound to occur.

114. If no degree of care could prevent Liberty Link (e.g., LL62/601/604) rice, grown in open fields, from contaminating the non-GE rice supply, then Defendants had a duty not to test Liberty Link rice in open fields at all.

115. Defendants are therefore absolutely or strictly liable for all damages proximately caused by Liberty Link (e.g., LL62/601/604) rice being found in non-GE varieties of long-grain rice.

116. If no degree of care could prevent Liberty Link (e.g., LL62/601/604) rice, grown in open fields, from contaminating the non-GE rice supply, then Liberty Link (e.g., LL62/601/604) rice is a defective and unreasonably dangerous product which, when used and tested as anticipated, would contaminate the non-

GE rice supply. That is, the exercise of reasonable care could not have eliminated the risk of contamination of the non-GE rice supply by GE Liberty Link rice.

117. WHEREFORE, plaintiffs demand judgment against Defendants for compensatory damages in an amount to be determined by the jury for each plaintiff, plus interest and costs (and punitive damages - see Count Five, *infra*) in an amount to be determined by the trier of fact.

COUNT FIVE - PUNITIVE DAMAGES
ALL PLAINTIFFS AGAINST ALL DEFENDANTS

118. Plaintiffs incorporate by reference paragraphs 1-117.

119. Defendants knew or ought to have known that their conduct alleged herein would naturally and probably result in the damages to the plaintiffs alleged herein, but defendants engaged in that conduct, anyway, with malice or in reckless disregard of the consequences, from which malice may be inferred.

120. The Bayer defendants knew that the escape of Liberty Link GE rice into the nation's general rice supply would cause hundreds of millions of dollars of economic loss to the nation's rice growers and others in the rice industry, so the defendants' failure to design a system and/or to train and supervise its agents and employees in order to prevent the escape of Liberty Link GE rice into the nation's general rice supply, and their failure to have a plan to identity preserve, test and

segregate the supply despite such a high likelihood of contamination, is conduct evidencing "malice" and/or "reckless disregard," within the meaning of Arkansas Code § 16-55-206(1). The defendants' failure to confine Liberty Link GE rice was wanton and in conscious disregard to its consequences.

121. The Bayer defendants' conduct in non-disclosure of what they knew about GE contamination, prior to August of 2006, of the general rice supply is conduct evidencing "malice" and/or "reckless disregard," within the meaning of Arkansas Code § 16-55-206(1). The failure to disclose was wanton and in conscious disregard to its consequences.

122. WHEREFORE, in addition to the compensatory damages pleaded above, Plaintiffs demand punitive damages against Defendants pursuant to Arkansas Code § 16-55-206, in an amount to be determined by the trier of fact.

COUNT SIX - STATUTORY NEGLIGENCE
ALL PLAINTIFFS AGAINST ALL DEFENDANTS

123. Plaintiffs incorporate by reference paragraph 1-122.

124. Defendants' conduct alleged herein, violated Arkansas Code § 2-15-101, which provides:

§2-15-101. Arkansas crop and research facilities protection

> (a) This section shall be known and may be cited as the "Arkansas Crop and Research Facilities Protection Act".

(b)(1) Any person or entity who willfully and knowingly damages or destroys any field crop product that is grown for personal or commercial purposes or for testing or research purposes in the context of a product development program in conjunction or coordination with a private research facility or a university or any federal, state, or local government agency shall be liable for twice the value of the crop damaged or destroyed.
(2) In awarding damages under this section, the courts shall consider:
(A) The market value of the crop prior to damage or destruction; and
(B) Production, research, testing, replacement, and crop development costs directly related to the crop that has been damaged or destroyed as part of the value of the crop.
(3) Damages available under this section shall be limited to:
(A) Twice the market value of the crop prior to damage or destruction; plus
(B) Twice the actual damages involving production, research, testing, replacement, and crop development costs directly related to the crop that has been damaged or destroyed.
(c) This section shall not apply to any persons or entities when performing construction, land improvements, or excavation work in or upon any public right-of-way, public easement, or utility easement or who in good faith believe they are in or upon the right-of-way or easement.

125. Defendants had a duty not to violate § 2-15-101.

126. Plaintiffs are persons intended to be protected and benefited by § 2-15-101, and their damages pleaded herein are the type of damages intended to be prevented by the statute. The violation of § 2-15-101 by Defendants proximately caused the plaintiffs' damages complained of herein.

127. Title 7 ("Agriculture"), Chapter III ("Animal and Plant Health Inspection Service, Department of Agriculture"), Part 340 of the Code of Federal

Regulations is entitled, "Introduction of Organisms and Products Altered or Produced Through Genetic Engineering Which Are Plant Pests or Which There Is Reason to Believe Are Plant Pests." Defendants' conduct with regard to Liberty Link (e.g., LL62/601/604) rice was governed by Part 340.

128. Defendants had a duty not to violate Part 340, but defendants' conduct alleged herein does violate Part 340, and such violations proximately caused the plaintiffs' damages alleged herein, and plaintiffs are persons intended to be protected from these types of harms by Part 340.

129. Defendants' conduct violated 7 C.F.R. § 340.3(c), which provides:

> (c) Performance standards for introductions under the notification procedure. The following performance standards must be met for any introductions under the notification procedure.
> (1) If the plants or plant materials are shipped, they must be shipped in such a way that the viable plant material is unlikely to be disseminated while in transit and must be maintained at the destination facility in such a way that there is no release into the environment.
> (2) When the introduction is an environmental release, the regulated article must be planted in such a way that they are not inadvertently mixed with non-regulated plant materials of any species which are not part of the environmental release.
> (3) The plants and plant parts must be maintained in such a way that the identity of all material is known while it is in use, and the plant parts must be contained or devitalized when no longer in use.
> (4) There must be no viable vector agent associated with the regulated article.
> (5) The field trial must be conducted such that:
> (i) The regulated article will not persist in the environment, and
> (ii) No offspring can be produced that could persist in the

environment.
(6) Upon termination of the field test:
(i) No viable material shall remain which is likely to volunteer in subsequent seasons, or
(ii) Volunteers shall be managed to prevent persistence in the environment.

130. Violations by defendants of these applicable statutes and regulations are actionable negligence under Arkansas law.

131. WHEREFORE, in addition to the compensatory damages pleaded in the previous Counts, Plaintiffs demand the double damages provided in Arkansas Code § 2-15-101.

## COUNT SEVEN - BREACH OF CONTRACT
## ALL PLAINTIFFS AGAINST ALL DEFENDANTS

132. Plaintiffs incorporate by reference paragraphs 1-131.

133. Plaintiffs are third-party beneficiaries of what is believed to be a contract(s) or agreement(s) between Riceland Foods, Inc., and Aventis CropScience USA LP (now the Bayer defendants), e.g., that relate to Riceland's and the Bayer defendants' commitments to collaborate and work together in the testing, growing, etc. of LL62 rice in 1999-2001.

134. Upon information and belief, e.g., information from the Federal Register, Riceland and the Bayer defendants committed to make sure that the LL62 rice would not enter the commercial trade channels of the general U.S. rice supply.

135. In 1999/2000 Riceland collaborated with Aventis (now the Bayer defendants) concerning the development of LL62. Riceland and the Bayer defendants were to take steps to ensure that no Liberty Link rice would enter the commercial channels of trade.

136. Riceland's and the Bayer defendants' obligations, therefore, included their responsibility to keep Liberty Link rice out of "commercial channels," e.g., to protect the export market from known concerns (for example, from the EU) about GE rice. Thus, it is obvious that Riceland and the Bayer defendants intended to commit to protect persons exactly like the plaintiffs, who are non-GE long-grain producers of rice, which rice is mostly intended for export to countries who do not permit GE crops. Therefore, Plaintiffs are intended third-party beneficiaries of any of Riceland's and the Bayer defendants'1999/2000 contract(s) or agreement(s) regarding LL62.

137. The Bayer defendants breached their actual and/or implied contractual commitments, because defendants allowed LL62 Liberty Link rice to enter the commercial rice trade channels and the Bayer defendants did not keep LL62 completely separate from other rice. These breaches proximately caused the damages to the plaintiffs pleaded herein.

138. WHEREFORE, plaintiffs demand judgment against the Bayer

defendants for compensatory damages in an amount to be determined by the trier of fact, plus interest and costs.

ALLEGATIONS RELATED TO THE UNCONSTITUTIONALITY OF ACT 649 ENACTED BY THE ARKANSAS GENERAL ASSEMBLY AND MORE COMMONLY REFEREED TO AS THE ARKANSAS CIVIL JUSTICE REFORM ACT OF 2003

139. On or about March 25, 2003, Act 649 arising from the Arkansas General Assembly was enacted, and, if constitutional, became the law of Arkansas. Act 649 is entitled, "An Act to Provide Comprehensive and Uniform Civil Justice Reform; and for Other Purposes," and is subtitled, "The Civil Justice Reform Act of 2003."

140. In Section 26 of Act 649, an Emergency Clause relating to when the Act would take effect, the legislature found that limiting the recovery of plaintiffs in certain actions for personal injury and wrongful death was necessary in order to accomplish certain legislative goals.

141. None of the goals addressed in the Emergency Clause is a compelling state interest.

142. Act 649 was passed with the purpose and intent of decreasing the amount of recovery in certain actions for injury to person and in certain actions for wrongful death.

143. Act 649 has the effect of decreasing the amount of recovery in certain actions for injury to person and in certain actions for wrongful death.

Limitations on Joint and Several Liability

144. In actions for personal injury, medical injury, property damage, or wrongful death, Section 1 of Act 649 eliminates joint liability; Sections 3 and 5 of the Act restore joint liability in certain situations, notwithstanding the provisions of Section 1.

145. Section 2 of Act 649 requires the fact finder to consider, when assessing percentages of fault, fault of all persons who contributed to the injury, whether the person is or could have been made a party to the action.

146. Section 2 of Act 649 requires that notice of nonparty liability, asserted on any basis other than the nonparty having settled with a plaintiff, be raised by filing a pleading in the existing proceeding.

147. Section 2 of Act 649 bars the use of any finding of nonparty liability as evidence of nonparty liability.

148. Section 2 of Act 649 requires the courts of Arkansas to adjudicate the responsibilities of parties not before the court, without the benefit of adversary presentations from the non-parties.

149. Section 3 of Act 649 permits a plaintiff to establish and a court to find

that the several share of liability of one of multiple defendants is not "reasonably collectible," and upon such finding to re-allocate the non-collectible share among remaining defendants.

150. Section 3 of Act 649 permits the re-allocation of less that the full amount of the non-collectible share.

151. Section 3 of Act 649 does not restore to plaintiffs the same opportunity to recover damages from tortfeasors as existed prior to the enactment of Act 649.

152. Act 649 operates, notwithstanding Section 1, to impose joint and several liability on persons who enter into a conscious agreement to pursue a common plan or design to commit an intentional tort.

153. Act 649 does not restore to plaintiffs the same opportunity to recover damages from tortfeasors as existed prior to the enactment of Act 649.

154. Section 9 of Act 649 requires a plaintiff, in order to recover punitive damages, to prove liability for compensatory damages and at least one of two aggravating factors.

155. Section 10 of Act 649 requires a plaintiff, in order to recover punitive damages, to prove the elements of Section 9 by clear and convincing evidence.

156. Sections 9 and 10 of Act 649 alter existing standards for recovering punitive damages.

157. Sections 9 and 10 of Act 649 increase the burden a plaintiff must bear to establish entitlement to punitive damages.

158. Section 11 of Act 649 provides that, except in certain cases of intentional misconduct, "a punitive damages award shall not be more than "the greater of a) $250,000 or, b) three times the amount of compensatory damages, not to exceed $1,000,000, with the monetary amounts to be adjusted periodically according to the Consumer Price Index.

159. Section 14 of Act 649 requires, upon request of any party, the court to bifurcate proceedings related to compensatory and punitive damages.

160. Section 14 of Act 649 bars, during the compensatory phase of the bifurcated proceeding, admission of "Evidence of the financial condition of the defendant and other evidence relevant only to punitive damages."

161. Section 14 of Act 649 bars, during the compensatory phase of the bifurcated proceeding, evidence relevant to the determination of compensation. Section 14 conflicts with rules of this Court governing the administration of trials.

162. Act 649, in whole and in constituent parts, is not consonant with the Constitution of the State of Arkansas.

163. Act 649, in whole and in constituent parts, on its face purposefully violates Article V Section 32, as amended by Amendment 26, of the Arkansas

Constitution, which provides, in relevant part, "no law shall be enacted limiting the amount to be recovered for injuries resulting in death or for injuries to person or property."

164. Act 649, in whole and in constituent parts, effectively violates Article V Section 32, as amended by Amendment 26, of the Arkansas Constitution.

165. Act 649, in whole and in constituent parts, diminishes the role jurors play in assessing responsibility, compensation, deterrence, and retribution in civil cases.

166. Act 649, in whole and in constituent parts, violates the right to jury trial guaranteed by Article II, Section 7, as amended by Amendment 16, of the Arkansas Constitution.

167. Act 649, in whole and in constituent parts, unconstitutionally diminishes the rights of persons to serve as jurors, in violation of Article II, Sections 7 and 21 of the Arkansas Constitution.

168. Act 649, in whole and in constituent parts, arrogates unto the legislature functions constitutionally entrusted to jurors, who act as members of the judicial branch, in violation of Article IV, Sections 1 and 2 of the Arkansas Constitution.

169. Act 649, in whole and in constituent parts, impermissibly limits the

right of access to courts and the right to receive a remedy there, guaranteed by Article II, Sections 13 and 21.

170. Sections 1-5 of Act 649, collectively and in constituent parts, violate Article V Section 32, as amended by Amendment 26, of the Arkansas Constitution.

171. Sections 1-5 of Act 649, collectively and in constituent parts, violate the constitutional requirement of separation of powers, Article IV, Sections 1,2.

172. Section 2 of Act 649 purports to vest the courts of Arkansas with authority to adjudicate disputes with non-parties, in violation of Article II, Sections 13 and 21; Article IV, Sections 1 and 2; and Article VII of the Arkansas Constitution.

173. Section 4 of Act 649 purports to grant special immunities to one class of persons, in violation of Article II Sections 3, 13, 18, and 21 and Article V Section 25 of the Arkansas Constitution.

174. Sections 9-14 of Act 649, collectively and in constituent parts, violate Article II, Sections 4, 7, 13, and 21; Article V Section 32, as amended by Amendment 26,; and Article IV, Sections 1 and 2, of the Arkansas Constitution.

175. WHEREFORE, Plaintiffs demand from all defendants jointly and severally compensatory damages in an amount to be determined by the jury for each plaintiff, as determined by the trier of fact, plus interest and costs; and

punitive damages in an amount to be determined by the trier of fact.

176. Plaintiffs demand a jury trial on all claims and issues so triable.

Respectfully submitted,

Paul Byrd Ark. Bar No. 85020
HARE, WYNN, NEWELL & NEWTON, L.L.P.
A Limited Liability Partnership
Metropolitan National Plaza
4220 North Rodney Parham Rd., Suite 250
Little Rock, Arkansas 72212
(501) 225-5500

James J. Thompson, Jr.
Nolan E. Awbrey
Scott Powell
Don McKenna
HARE, WYNN, NEWELL & NEWTON, L.L.P.
The Massey Building
2025 Third Avenue North, Suite 800
Birmingham, Alabama 35203
(205) 328-5330

Jerry Kelly
KELLY LAW FIRM, PLLC
118 N. Center St.
P.O. Box 500
Lonoke, Arkansas 72086
(501) 676-5770

and

R. Margaret Dobson
Attorney at Law
102 N. Oak
P.O. Box 459

Sheridan, AR 72150-0459
(870) 942-0820

Attorneys for the Plaintiff

By:________________________
Paul Byrd Ark. Bar No. 85020